**Fill in this information to identify the case:**

Debtor name    **Donghia, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **20-30487**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $     **6,225,109.11**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $     **6,225,109.11**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **1,259,699.71**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **20,563,497.43**

4.  Total liabilities ........................................................................................................
    Lines 2 + 3a + 3b      $     **21,823,197.14**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Donghia, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   **20-30487**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.     **Cash on hand** | **$500.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **CitiBank** | **Checking** | **1026** | **$0.00** |
| 3.2. | **HSBC (estimate)** | **Checking** | **0030** | **Estimate** **$141,000.00** |

4.     **Other cash equivalents** *(Identify all)*

| 5.     **Total of Part 1.** | **$141,500.00** |
| --- | --- |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | **WAGNER SA DBA CHARLES PARIS - EUR** | |
| --- | --- | --- |
| 7.1. | **Vendor Advance Payment** | **$62,679.77** |

| Debtor | **Donghia, Inc.** | Case number *(if known)* **20-30487** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7.2. | **DAVID EDWARD CO.**<br>Vendor Advance Payment | $35,490.00 |
| 7.3. | **MOYES CUSTOM FURNITURE, INC.**<br>Vendor Advance Payment | $26,667.50 |
| 7.4. | **B.F. DI BERTOZZI F. - EUR**<br>Vendor Advance Payment | $12,231.62 |
| 7.5. | **BAROVIER & TOSO**<br>Vendor Advance Payment | $33,962.00 |
| 7.6. | **LEGGETT&PLATT COMPONENTS CO.**<br>Vendor Advance Payment | $18,147.50 |
| 7.7. | **KOROSEAL INTERIOR PRODUCTS**<br>Vendor Advance Payment | $14,058.50 |
| 7.8. | **PORTA ROMANA**<br>Vendor Advance Payment | $11,801.90 |
| 7.9. | **UNIVERSAL TEXTILE MILLS**<br>Vendor Advance Payment | $9,213.00 |
| 7.10. | **CHAMBORD PRINTS INC.**<br>Vendor Advance Payment | $9,222.05 |
| 7.11. | **LA MILLS**<br>Vendor Advance Payment | $6,106.25 |
| 7.12. | **HOLLAND & SHERRY, INC.**<br>Vendor Advance Payment | $10,647.00 |
| 7.13. | **T. MURAKAMI & COMPANY - JPY**<br>Vendor Advance Payment | $3,797.16 |
| 7.14. | **MUNDER & SONS, INC.**<br>Vendor Advance Payment | $1,525.00 |
| 7.15. | **SELLERS & JOSEPHSON WALLCOV**<br>Vendor Advance Payment | $142.74 |

Debtor    **Donghia, Inc.**                                     Case number *(If known)*  **20-30487**
        Name

| | | |
|---|---|---|
| 7.16. | **BURKAY TEKSTIL A.S.**<br>Vendor Advance Payment | $2,018.94 |
| 7.17. | **REDAELLI VELLUTI SPA - EUR**<br>Vendor Advance Payment | $1,709.99 |
| 7.18. | **ALOIS TESSITURA SERICA SRL - EUR**<br>Vendor Advance Payment | $1,661.44 |
| 7.19. | **GENTNER**<br>Vendor Advance Payment | $3,005.00 |
| 7.20. | **KVADRAT A/S**<br>Vendor Advance Payment | $765.87 |
| 7.21. | **SIMONE GIOVANNI CENEDESE - EUR**<br>Vendor Advance Payment | $92.07 |
| 7.22. | **AMERICAN EXPRESS** | $400,000.00 |
| 7.23. | **I.L.M.E. SRL - EUR**<br>Vendor Advance Payment | $8,919.76 |
| 7.24. | **STUDIO ART SRL**<br>Vendor Advance Payment | $1,613.95 |
| 7.25. | **S.A.L.I.R. - EUR**<br>Vendor Advance Payment | $380.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **ATLANTA DECORATIVE ARTS**<br>Lease Deposit | $4,811.00 |
| 8.2. | **SF DESIGN CENTER INVESTORS, LLC**<br>Lease Deposit | $15,482.68 |
| 8.3. | **DESIGN CENTERS OF THE AMERICAS**<br>Lease Deposit | $3,913.27 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Donghia, Inc.** | Case number *(if known)* **20-30487** |
|---|---|---|
| | Name | |

|  | **PACIFIC DESIGN CENTER** | |
|---|---|---|
| 8.4. | **Lease Deposit** | $10,555.00 |

|  | **MDC MILFORD ASSOC. LLC** | |
|---|---|---|
| 8.5. | **Lease Deposit** | $9,335.00 |

|  | **DD DUNHILL** | |
|---|---|---|
| 8.6. | **Lease Deposit** | $7,847.50 |

| 9. | **Total of Part 2.** | $727,803.46 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **424,853.02** | - | **22,326.18** | = .... | $402,526.84 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **105,672.26** | - | **21,134.45** | =.... | $84,537.81 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $487,064.65 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |

Debtor    **Donghia, Inc.**                                          Case number *(If known)*  **20-30487**
          Name

| | | | |
|---|---|---|---|
| **Finished goods, including goods held for resale** | **2019** | **$12,129,000.00**  **Estimate** | **$1,800,629.00** |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

       Add lines 19 through 22.  Copy the total to line 84.

|  |
|---|
| **$1,800,629.00** |

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☐ No
       ■ Yes. Book value          0.00  Valuation method    **Small Amount**   Current Value         0.00

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**  **Chairs, desks, cubicles** | **$5,301.00** | **Estimate** | **Unknown** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**  **Computers, etc.** | **$22,657.00** | **Estimate** | **$5,000.00** |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.  **Design Archive** | **$0.00** | **Estimate** | **Unknown** |

43.    **Total of Part 7.**

       Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| **$5,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Donghia, Inc.**
_____
Name

Case number *(If known)* **20-30487**

---

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2017 Ford Transit Van 250** | $14,504.70 | Kelley Blue Book | $17,439.00 |
| 47.2. **2014 Ford Escape** | $9,123.46 | Kelley Blue Book | $6,173.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **Warehouse Shelving - Pallet Rack** | $0.00 | Estimate | $10,000.00 |
| **Sewing Machines - 5** | $1,332.00 | Estimate | $500.00 |
| **Sample Cutting Machine and Tooling** | $0.00 | Estimate | $20,000.00 |
| **Textile Inspection Machine** | $0.00 | Estimate | $7,500.00 |
| **Forklifts (2)** | $0.00 | Estimate | $1,000.00 |
| **Pallet Jacks (4)** | $0.00 | Estimate | $500.00 |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

    | $63,112.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No

---

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

page 6

| Debtor | **Donghia, Inc.** | Case number *(if known)* | **20-30487** |
|---|---|---|---|
| | Name | | |

☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Patents, Copyrights, Trademarks** | **$1,307,293.00** | **Estimate** | **$3,000,000.00** |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** **Workforce** | **$2,396.00** | | **Unknown** |
| 65. | **Goodwill** **Goodwill** | **$633,647.00** | | **Unknown** |

| 66. | **Total of Part 10.** | | **$3,000,000.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Debtor   **Donghia, Inc.**                                      Case number *(If known)*  **20-30487**
      Name

|  | Current value of debtor's interest |
|---|---|

| | |
|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

**Causes of Action Against Third Parties**               **Unknown**

| Nature of claim | Insurance |
|---|---|
| Amount requested | $125,000.00 |

| | |
|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Donghia, Inc.**
Name

Case number *(If known)*  **20-30487**

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $141,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $727,803.46 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $487,064.65 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,800,629.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $63,112.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,225,109.11 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,225,109.11 |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **Donghia, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   **20-30487**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  HSBC Bank USA, N.A.**<br>Creditor's Name<br><br>**Attn: Wholesale Risk Loan Management**<br>**95 Washington St., Atrium-5S**<br>**Buffalo, NY 14203**<br>Creditor's mailing address<br><br>**victor.m.rea.cruz@us.hsbc.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**7/31/2013**<br>**Last 4 digits of account number**<br>**1200,1201,1202,1203,etc**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**All assets of Debtor.**<br><br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,259,699.71** | **$6,225,109.11** |
| **2.2  Pacific Design Center I, LLC**<br>Creditor's Name<br><br>**Attn: Manager**<br>**c/o Cohen Bros.**<br>**750 Lexington Ave., 28th Floor**<br>**New York, NY 10022**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | Describe debtor's property that is subject to a lien<br>**Creditor claims a security interest in certain property located at 8687 Melrose Ave., Ste. B-624 W. Hollywood, CA 90069.**<br><br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **Unknown** | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor | **Donghia, Inc.** |
| | Name |

Case number (if known)    **20-30487**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,259,699.71

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| | | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Donghia, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF CONNECTICUT__

Case number (if known) __**20-30487**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $995.00 |

| | | |
|---|---|---|
| **3.1** | **ALEXANDER ROTKER DBA ZANDRIC**<br>**Attn: Officer, Director, Manager, Agent**<br>**2 GOLD ST.   20A**<br>**NEW YORK, NY 10038**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __0322__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$995.00** |
| **3.2** | **ALISEO VELLUTI SRL**<br>**Attn: Officer, Director, Manager, Agent**<br>**VIA TERRACINI,28**<br>**AGLIANA (PT) 51031 ITALY**<br>**ITALY**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __0192__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,677.14** |
| **3.3** | **ALISPED USA INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**381 SUNRISE HIGHWAY SUITE 505**<br>**LYNBROOK, NY 11563**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __0154__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,916.39** |
| **3.4** | **ALL ABOUT FABRICS**<br>**Attn: Officer, Director, Manager, Agent**<br>**ITALY**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number __0161__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$420.21** |

| Debtor | **Donghia, Inc.** | Case number (if known) | **20-30487** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,566.00 |
|---|---|---|---|

**ALL-TECH SPECIALTY FASTENERS, LLC**
Attn: Officer, Director, Manager, Agent
381 GOVERNORS HWY,UNIT D,PO BOX 653
SOUTH WINDSOR, CT 06074

Date(s) debt was incurred _

Last 4 digits of account number  0204

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,502.76 |
|---|---|---|---|

**AMAZON CAPITAL SERVICES**
Attn: Officer, Director, Manager, Agent
PO BOX 035184
SEATTLE, WA 98124-5184

Date(s) debt was incurred _

Last 4 digits of account number  0758

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,836.81 |
|---|---|---|---|

**AMERICAN FLAMECOAT, INC.**
Attn: Officer, Director, Manager, Agent
PO BOX 67042
CHARLOTTE, NC 28226

Date(s) debt was incurred _

Last 4 digits of account number  8090

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,574.00 |
|---|---|---|---|

**AMPCO SYSTEM PARKING/PACIFIC DESIGN**
Attn: Officer, Director, Manager, Agent
8687 MELROSE AVE,STE P1 GARAGE OFF.
WEST HOLLYWOOD, CA 90069-5201

Date(s) debt was incurred _

Last 4 digits of account number  6345

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,423.98 |
|---|---|---|---|

**ANDERSON & KREIGER LLP**
Attn: Officer, Director, Manager, Agent
50 MILK STREET, 21ST FLOOR
BOSTON, MA 02109

Date(s) debt was incurred _

Last 4 digits of account number  0343

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,787.00 |
|---|---|---|---|

**ANDREW CERAULO ATTORNEY AT LAW**
Attn: Officer, Director, Manager, Agent
150 BROADWAY, STE# 1615
NEW YORK, NY 10038

Date(s) debt was incurred _

Last 4 digits of account number  1335

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,133.03 |
|---|---|---|---|

**ANGELO VASINO S.P.A.**
Attn: Officer, Director, Manager, Agent
ITALY

Date(s) debt was incurred _

Last 4 digits of account number  0146

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Donghia, Inc.**      Case number *(if known)* **20-30487**

Name

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,804.64** |
|---|---|---|---|

**ANTHONY WALA/SIMPLY ELEGANT GEN CTR**
Attn: Officer, Director, Manager, Agent
191 NEWEL ST
BROOKLYN, NY 11222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1743**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$414.00** |
|---|---|---|---|

**APPLIED TEXTILES, INC.**
Attn: Officer, Director, Manager, Agent
555 76TH ST. SW
BYRON CENTER, MI 49315

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1717**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,750.00** |
|---|---|---|---|

**ASSOCIATION FOR CONTRACT TEXTILES**
Attn: Officer, Director, Manager, Agent
PO BOX 101981
FORT WORTH, TX 76185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1240**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,725.00** |
|---|---|---|---|

**ATLANTA DECORATIVE ARTS**
Attn: Officer, Director, Manager, Agent
303 PEACHTREE CENTER AVE NE STE#575
ATLANTA, GA 30303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1320**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,673.10** |
|---|---|---|---|

**BARNABY PRINTS INC.**
Attn: Officer, Director, Manager, Agent
673 JERSEY AVE
GREENWOOD LAKE, NY 10925

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,173.61** |
|---|---|---|---|

**BECA GROUP S.R.L.**
Attn: Officer, Director, Manager, Agent
VIA BRODOLINI 59/61
MONTELABBATE (PU) 61025 ITALY
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0172**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,290.28** |
|---|---|---|---|

**BIMITEX SRL**
Attn: Officer, Director, Manager, Agent
VIA PRATE 28
MOMTEMURLO, FIRENEZE 59013 ITALY
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **7837**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Donghia, Inc.** | Case number (if known) | **20-30487** |
| --- | --- | --- | --- |
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,008.74 |
| --- | --- | --- | --- |

**BLENDED BLUE**
Attn: Officer, Director, Manager, Agent
275 MARKET ST. - SUITE 364
MINNEAPOLIS, MN 55405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  8254**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $296.00 |
| --- | --- | --- | --- |

**BRENDA G. BARAJAS DBA ROOM BY ROOM**
Attn: Officer, Director, Manager, Agent
2508 ROTHLAND
PLANO, TX 75023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  0236**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,447.84 |
| --- | --- | --- | --- |

**BUCOL**
Attn: Officer, Director, Manager, Agent
16 CHEMIN DES MURIERS
PIERRE BENITE 69310 FRANCE
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  7101**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
| --- | --- | --- | --- |

**CALIFORNIA FRANCHISE TAX BOARD**
Attn: Officer, Director, Manager, Agent
PO BOX 942857
SACRAMENTO, CA 94257-0551

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  6759**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,535.00 |
| --- | --- | --- | --- |

**CARLOS MENDOZA**
Attn: Officer, Director, Manager, Agent
3612 POTEET DRIVE #536
MESQUITE, TX 75150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  0514**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,880.00 |
| --- | --- | --- | --- |

**CD WALLCOVERINGS INC.**
Attn: Officer, Director, Manager, Agent
238 WEST END AVE
BROOKLYN, NY 11235

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  0417**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,014.00 |
| --- | --- | --- | --- |

**CHAMPION COURIER, INC.**
Attn: Officer, Director, Manager, Agent
221 WEST 37TH ST
NEW YORK, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  0254**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Donghia, Inc.**                                              Case number (if known)    **20-30487**
_____
Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,257.61 |
|---|---|---|---|

**CHARLES IT, LLC**
Attn: Officer, Director, Manager, Agent
150 WILLIAM STREET
MIDDLETOWN, CT 06457

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0223**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.55 |
|---|---|---|---|

**CHARLES SAMELSON INC.**
Attn: Officer, Director, Manager, Agent

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **7072**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.57 |
|---|---|---|---|

**CINTAS CORPORATION NO. 2**
Attn: Officer, Director, Manager, Agent
P.O. BOX 625737
CINCINNATI, OH 45262-5737

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0255**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,500.00 |
|---|---|---|---|

**CITRIN COOPERMAN & CO LLP**
Attn: Officer, Director, Manager, Agent
529 FIFTH AVENUE
NEW YORK, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **8080**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,898.84 |
|---|---|---|---|

**CITY OF MILFORD TAX COLLECTOR**
Attn: Officer, Director, Manager, Agent
70 WEST RIVER STREET
MILFORD, CT 06460-8025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1290**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,420.00 |
|---|---|---|---|

**COBURN PRESSWORKS**
Attn: Officer, Director, Manager, Agent
1170 UNIVERSAL BLVD., PO BOX 147
WHITEWATER, WI 53190

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1502**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,051.41 |
|---|---|---|---|

**COFIDEC INC.**
Attn: Officer, Director, Manager, Agent
95 RUE SOMERSET
BAIE D'URFE QC H9X 2W3 CANADA
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0445**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Donghia, Inc.**                                          Case number (if known) **20-30487**
_____
Name

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,190.96** |
|---|---|---|---|

**COHEN BROS RLTY-NYSR**
Attn: Officer, Director, Manager, Agent

Date(s) debt was incurred _

Last 4 digits of account number  **3092**  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,907.92** |
|---|---|---|---|

**COMMONWEALTH PACKAGING
COMPANY,INC.**
Attn: Officer, Director, Manager, Agent
5490 LINGLESTOWN RD
HARRISBURG, PA 17112

Date(s) debt was incurred _

Last 4 digits of account number  **0337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40,276.94** |
|---|---|---|---|

**COMPONENTI DONA' S.R.L.**
Attn: Officer, Director, Manager, Agent
CALLE VIVIANI 5
MURANO VE 30131 ITALY
ITALY

Date(s) debt was incurred _

Last 4 digits of account number  **1746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,514.26** |
|---|---|---|---|

**CONCUR TECHNOLOGIES, INC.**
Attn: Officer, Director, Manager, Agent
62157 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number  **1221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,591.99** |
|---|---|---|---|

**COSITEX N.V. - EUR**
Attn: Officer, Director, Manager, Agent

Date(s) debt was incurred _

Last 4 digits of account number  **0160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$270.00** |
|---|---|---|---|

**COVERALL NORTH AMERICA**
Attn: Officer, Director, Manager, Agent
350 SW 12TH AVENUE
DEERFIELD BEACH, FL 33442

Date(s) debt was incurred _

Last 4 digits of account number  **0416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.50** |
|---|---|---|---|

**CREDIT LINK LLC**
Attn: Officer, Director, Manager, Agent
186 PRINCETON HIGHTSTOWN RD, BLD 3B
PRINCETON JCT   08550-1673

Date(s) debt was incurred _

Last 4 digits of account number  **5091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Donghia, Inc.**
_____
Name

Case number (if known) **20-30487**
_____

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,852.00 |
|---|---|---|---|

**CROWN CASTLE INTERNATIONAL CORP.**
Attn: Officer, Director, Manager, Agent
1220 AUGUSTA DRIVE, SUITE 600
HOUSTON, TX 77057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0384**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,629.00 |
|---|---|---|---|

**CT COMMISSIONER OF REVENUE SERVICES**
Attn: Officer, Director, Manager, Agent
DEPT. OF REV. SCS.,  BOX 2974
HARTFORD, CT 06104-2974

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0086**

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,578.67 |
|---|---|---|---|

**D & D BLDG CO, LLC C/O COHEN BROS.**
Attn: Officer, Director, Manager, Agent
750 LEXINGTON AVE FL 28
NEW YORK, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **3560**

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,688.81 |
|---|---|---|---|

**DALLAS COUNTY TAX COLLECTOR- J AMES**
Attn: Officer, Director, Manager, Agent
PO BOX 139066
DALLAS, TX 75313-9066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **7450**

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,730.10 |
|---|---|---|---|

**DAVIS DEVELOPMENT GROUP, IN**
Attn: Officer, Director, Manager, Agent

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **3820**

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,098.07 |
|---|---|---|---|

**DD DUNHILL 2017 LLC**
Attn: Officer, Director, Manager, Agent

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0028**

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $423.30 |
|---|---|---|---|

**DE LAGE LANDEN FINANCIAL SERVICES**
Attn: Officer, Director, Manager, Agent
1111 OLD EAGLE SCHOOL RD
WAYNE, PA 19087-1453

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0446**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Donghia, Inc.**
_____   Case number (if known)   **20-30487**
Name

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**DEBORAH H. EDGE**
Attn: Officer, Director, Manager, Agent
620 ASHLEY FOREST DR. NW
ACWARTH, GA 30102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0381**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**DECORATIVE FURNISHINGS ASSOCIATION**
Attn: Officer, Director, Manager, Agent
319 EAST 24TH STREET SUITE 16A
NEW YORK, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **3950**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,013.77** |
|---|---|---|---|

**DELL BUS#-6879-4502-0400-2459-182**
Attn: Officer, Director, Manager, Agent
PO BOX 5275
CAROL STREAM, IL 60197-5275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1226**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,312.93** |
|---|---|---|---|

**DELL MARKETING L.P.**
Attn: Officer, Director, Manager, Agent
ONE DELL WAY
ROUND ROCK, TX 78682

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8118**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,694.40** |
|---|---|---|---|

**DESIGN CENTER OF THE AMERICAS**
Attn: Officer, Director, Manager, Agent
1855 GRIFFIN ROAD, STE B-482
DANIA BEACH, FL 33004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **4120**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.19** |
|---|---|---|---|

**DHL EXPRESS USA, INC.**
Attn: Officer, Director, Manager, Agent
16592 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **1264**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,502.45** |
|---|---|---|---|

**DORELL / LOOMCRAFT**
Attn: Officer, Director, Manager, Agent
10870 SPENCER AVE.
FOUNTAIN VALLEY, CA 92708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0506**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Donghia, Inc.** | Case number (*if known*) | **20-30487** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,713.75** |
|---|---|---|---|

**DVK SILK INTERNATIONAL EXPO**
**Attn: Officer, Director, Manager, Agent**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0194**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,202.18** |
|---|---|---|---|

**EAGLE BUSINESS MACHINES, INC**
**Attn: Officer, Director, Manager, Agent**
**72 NORTH SAW MILL RIVER RD**
**ELMSFORD, NY 10523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0107**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**EDER REALES**
**Attn: Officer, Director, Manager, Agent**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0405**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,550.51** |
|---|---|---|---|

**ENJOINERY INC**
**Attn: Officer, Director, Manager, Agent**
**5089 MILITARY ROAD**
**RUSSIA, NY 13431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1410**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,816.00** |
|---|---|---|---|

**ETHNIC SILK/ASCENT DECOR PVT LTD.**
**Attn: Officer, Director, Manager, Agent**
**22/5B BERATENA AGRAHARA**
**BANGALORE 560100 INDIA**
**INDIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0153**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,168.00** |
|---|---|---|---|

**FEDEX MF**
**Attn: Officer, Director, Manager, Agent**
**P.O. BOX 371461**
**PITTSBURGH, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1113**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$429.51** |
|---|---|---|---|

**FEDEX-ATL-1649-1123-3**
**Attn: Officer, Director, Manager, Agent**
**P.O. BOX 660481**
**DALLAS, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **4911**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Donghia, Inc.** | Case number (if known) | **20-30487** |
|---|---|---|---|
| | Name | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.85 |
|---|---|---|---|

**FEDEX-CLV-3060-7578-0**
Attn: Officer, Director, Manager, Agent
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **6075**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.91 |
|---|---|---|---|

**FEDEX-CON-3770-8807-7**
Attn: Officer, Director, Manager, Agent
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **7088**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,183.73 |
|---|---|---|---|

**FEDEX-COR-MIL-3508-8536-6**
Attn: Officer, Director, Manager, Agent
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0885**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.52 |
|---|---|---|---|

**FEDEX-DAL-2325-7258-2**
Attn: Officer, Director, Manager, Agent
P.O. BOX 94515
PALATINE, IL 60094-4515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **2572**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,320.63 |
|---|---|---|---|

**FEDEX-DAN-1007-0539-7**
Attn: Officer, Director, Manager, Agent
P.O. BOX 94515
PALATINE, IL 60094-4515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0705**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,314.54 |
|---|---|---|---|

**FEDEX-GERMANY**
Attn: Officer, Director, Manager, Agent
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1116**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,141.01 |
|---|---|---|---|

**FEDEX-ITALY**
Attn: Officer, Director, Manager, Agent
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1115**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Donghia, Inc.** | Case number (if known) | **20-30487** |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,189.66 |
|---|---|---|---|

**FEDEX-LOS-1076-3860-1**
Attn: Officer, Director, Manager, Agent
P.O. BOX 7221
PASADENA, CA 91109-7321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **7638**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187.12 |
|---|---|---|---|

**FEDEX-NYC-2167-2497-6**
Attn: Officer, Director, Manager, Agent
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6724**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $728.60 |
|---|---|---|---|

**FEDEX/SAMPLING DEPT**
Attn: Officer, Director, Manager, Agent
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0171**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,012.67 |
|---|---|---|---|

**FIDERTESSILE SPA**
Attn: Officer, Director, Manager, Agent
VIA SALCETANA 88/C
AGLIANA (PT) 51031 ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0190**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153.95 |
|---|---|---|---|

**FISH WINDOW CLEANING OF NW DALLAS**
Attn: Officer, Director, Manager, Agent
11500 N STEMMONS FREEWAY SUITE 109
DALLAS, TX 75229

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0053**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $337.00 |
|---|---|---|---|

**FLORIDA POWER & LIGHT-12973-88124**
Attn: Officer, Director, Manager, Agent
GENERAL MAIL FACILITY
MIAMI, FL 33188-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9738**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $148.48 |
|---|---|---|---|

**FLORIDA POWER & LIGHT-47015-18120**
Attn: Officer, Director, Manager, Agent
GENERAL MAIL FACILITY
MIAMI, FL 33188-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0151**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Donghia, Inc.** | Case number (if known) | **20-30487** |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$175.62**

**FLORIDA POWER & LIGHT-59053-27127**
Attn: Officer, Director, Manager, Agent
GENERAL MAIL FACILITY
MIAMI, FL 33188-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0532**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$83.46**

**FLORIDA POWER & LIGHT-93381-64230**
Attn: Officer, Director, Manager, Agent
GENERAL MAIL FACILITY
MIAMI, FL 33188-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3816**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,538.80**

**FORD & ULRICH, INC.**
Attn: Officer, Director, Manager, Agent
PO BOX 213
NORTH HAVEN, CT 06473

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5457**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$381.06**

**FRCM CASE-ACME**
Attn: Officer, Director, Manager, Agent
39-27 59TH ST
WOODSIDE, NY 11377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1716**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,868.55**

**FRITZ BECKER GMBH & CO. KG**
Attn: Officer, Director, Manager, Agent
AM KONIGSFELD 15
BRAKEL D3034 GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **7134**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,429.40**

**G & S FELDMAN, INC.**
Attn: Officer, Director, Manager, Agent
PO BOX 1136
OAKHURST, NJ 07755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5960**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,513.76**

**GARDELLA COURIER**
Attn: Officer, Director, Manager, Agent
P.O. BOX 2299
NORWALK, CT 06852

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1206**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Donghia, Inc.** | Case number (if known) | **20-30487** |
|---|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,339.00**

**GARDINER SERVICE COMPANY**
Attn: Officer, Director, Manager, Agent
31200 BAINBRIDGE RD
SOLON, OH 44139

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0118**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,735.00**

**GEORGINA RICE & CO.**
Attn: Officer, Director, Manager, Agent
101 HENRY ADAMS ST. #448
SAN FRANCISCO, CA 94103

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1823**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,187.95**

**GLOBAL INDUSTRIAL COMPANY**
Attn: Officer, Director, Manager, Agent
P.O. BOX 905713
CHARLOTTE, NC 28290-5713

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2615**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$309.50**

**GROSS STABIL CORP**
Attn: Officer, Director, Manager, Agent
100 GROSS DRIVE P.O. BOX 368
COLDWATER, MI 49036

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2398**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,613.00**

**HELLMAN-CHANG LLC**
Attn: Officer, Director, Manager, Agent
509 JOHNSON AVENUE
BROOKLYN, NY 11237

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0373**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,965.28**

**HESLIN ROTHENBERG FARLEY & MESITI**
Attn: Officer, Director, Manager, Agent
5 COLUMBIA CIRCLE
ALBANY, NY 12203

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6775**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,263.00**

**HIMATSINGKA**
Attn: Officer, Director, Manager, Agent

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0069**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Donghia, Inc.** | Case number (if known) | **20-30487** |
|---|---|---|---|
| | Name | | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$669.00** |
|---|---|---|---|

**HKM PRINTING SERVICES,LLC ACC#6537**
**Attn: Officer, Director, Manager, Agent**
**PO BOX 6172**
**HERMITAGE, PA 16148-0922**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number 7633**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25.49** |
|---|---|---|---|

**HOHMANN GMBH & CO. KG - EUR**
**Attn: Officer, Director, Manager, Agent**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number 0395**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,175.07** |
|---|---|---|---|

**HSBC BANK USA N.A. (CREDIT CARD)**
**Attn: Officer, Director, Manager, Agent**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number 0403**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,714.00** |
|---|---|---|---|

**ICON DESIGN, LLC**
**Attn: Officer, Director, Manager, Agent**
**9 LENT AVENUE**
**LE ROY, NY 14482**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number 6962**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$185.89** |
|---|---|---|---|

**ILLUMINATING CO.11-00-24-1311-7-6**
**Attn: Officer, Director, Manager, Agent**
**PO BOX 3638**
**AKRON, OH 44309-3638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number 1311**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$99.88** |
|---|---|---|---|

**ILLUMINATING CO.11-00-24-8973-2-1**
**Attn: Officer, Director, Manager, Agent**
**PO BOX 3638**
**AKRON, OH 44309-3638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number 8973**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79.90** |
|---|---|---|---|

**ILLUMINATING CO.11-00-34-5380-7-1**
**Attn: Officer, Director, Manager, Agent**
**PO BOX 3638**
**AKRON, OH 44309-3638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number 5380**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Donghia, Inc.** | Case number (*if known*) | **20-30487** |
|---|---|---|---|
| | Name | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $127.81 |
|---|---|---|---|

**ILLUMINATING CO.11-00-56-6842-4-1**
Attn: Officer, Director, Manager, Agent
PO BOX 3638
AKRON, OH 44309-3638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6842**

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,550.28 |
|---|---|---|---|

**INDIA SILK USA INC.**
Attn: Officer, Director, Manager, Agent
ONE ISLAND PLACE, 3801 N.E. 207 ST
AVENTURA, FL 33180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7175**

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,950.00 |
|---|---|---|---|

**INNOVATIONS IN WALLCOVERINGS**
Attn: Officer, Director, Manager, Agent
150 VARICK STREET   9TH FLOOR
NEW YORK, NY 10013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0431**

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $155,239.50 |
|---|---|---|---|

**INTERIOR CRAFTS, INC.**
Attn: Officer, Director, Manager, Agent
2513 WEST CULLERTON ST
CHICAGO, IL 60608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7250**

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,486.78 |
|---|---|---|---|

**INTRA-COASTAL DELIVERY SERVICE**
Attn: Officer, Director, Manager, Agent
3341 SW 10TH ST
POMPANO BEACH, FL 33069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7460**

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,071.30 |
|---|---|---|---|

**J&P JACOBACCI & PARTNERS**
Attn: Officer, Director, Manager, Agent
CORSO DEL POPOLO, 70
VENEZIA-MESTRE I-30172 ITALY
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1169**

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $366.58 |
|---|---|---|---|

**JERRY PAIR & ASSOCIATES**
Attn: Officer, Director, Manager, Agent

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2124**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Donghia, Inc.** | Case number (if known) | **20-30487** |
|---|---|---|---|
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,347.90 |
|---|---|---|---|

**JOHN BOYD TEXTILES LTD**
Attn: Officer, Director, Manager, Agent
HIGHER FLAX MILLS, TORBAY ROADY
CASTLE CARY SOMMERSET BA7 7DY GB

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1121**

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,657.78 |
|---|---|---|---|

**JOHN BROOKS - DENVER**
Attn: Officer, Director, Manager, Agent
601 SOUTH BROADWAY - SUITE L
DENVER, CO 80209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **8249**

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,575.57 |
|---|---|---|---|

**JOHN BROOKS, INC. - AZ**
Attn: Officer, Director, Manager, Agent
2712 N 68TH STREET
SCOTTSDALE, AZ 85257

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **8098**

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,071.13 |
|---|---|---|---|

**JOHN HUTTON INTERNATIONAL,LLC**
Attn: Officer, Director, Manager, Agent
36 DE FOREST AVENUE
WEST ISLIP, NY 11795

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **8130**

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,689.06 |
|---|---|---|---|

**JOSEPH JEUP, DBA JEUP FURNITURE INC**
Attn: Officer, Director, Manager, Agent
7837 MOORING CT
HUDSONVILLE, MI 49426

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0144**

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234.56 |
|---|---|---|---|

**JOSEPH LEMBO**
Attn: Officer, Director, Manager, Agent
321 WEST 13TH STREET, APT 6B
NEW YORK, NY 10014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **8221**

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,202.50 |
|---|---|---|---|

**JOSEPH PAUL D'URSO**
Attn: Officer, Director, Manager, Agent
105 W 29TH ST. #52I
NEW YORK, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6258**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Donghia, Inc.** | Case number (if known) | **20-30487** |
|---|---|---|---|
| | Name | | |

---

**3.110** | Nonpriority creditor's name and mailing address | | **$10,500.00**

**K.P. UPHOLSTERY, INC.**
**Attn: Officer, Director, Manager, Agent**
**2441 THIRD AVENUE**
**BRONX, NY 10451**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1621**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | | **$620.00**

**KATZ & KATZ TRANSFER-K&K TRANSFER**
**Attn: Officer, Director, Manager, Agent**
**2870 SW 42ND ST**
**FT. LAUDERDALE, FL 33312**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1436**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | | **$6,729.94**

**KELLY FORSLUND**
**Attn: Officer, Director, Manager, Agent**
**5701 6TH AVE., SUITE 132**
**SEATTLE, WA 98108**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8029**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | | **$79,531.51**

**L.D.F. SARL - INTEREST**
**Attn: Officer, Director, Manager, Agent**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7914**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | | **$2,320,000.00**

**L.D.F. SARL - NOTES**
**Attn: Officer, Director, Manager, Agent**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7914**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | | **$545.62**

**LAMPTOUCH INC.**
**Attn: Officer, Director, Manager, Agent**
**43-01 21ST ST., SUITE 211B**
**LONG ISLAND CITY, NY 11101**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0509**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | | **$105.44**

**LAURA BOHN DESIGN ASSOCIATES**
**Attn: Officer, Director, Manager, Agent**
**30 WEST 26TH STREET, SUITE 11**
**NEW YORK, NY 10010**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8765**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Donghia, Inc.** | Case number (if known) | **20-30487** |
|---|---|---|---|
| | Name | | |

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$325.00**

**LAW OFFICES OF MICHAEL A BLAKE, LLC**
Attn: Officer, Director, Agent
95 HIGH STREET, SUITE 5
MILFORD, CT 06460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1754**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,531.25**

**LEVEL 3 FINANCING INC. 1-ETANOB**
Attn: Officer, Director, Manager, Agent
1025 ELDORADO BLVD
BROOMFIELD, CO 80021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0124**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,126.82**

**LEVY,SONET & SIEGEL**
Attn: Officer, Director, Manager, Agent
630 THIRD AVENUE, 23RD FLOOR
NEW YORK, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **7870**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$847.00**

**LIGHTHOUSE ELECTRICAL CONTRACTING**
Attn: Officer, Director, Manager, Agent
59 NORTH AVE
ROCKLAND, MA 02370

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0407**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,993.79**

**LINK 7 MM GMBH**
Attn: Officer, Director, Manager, Agent
BILDGASSE 18
DORNBIRN 6850 AUSTRIA
AUSTRIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0914**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$268.13**

**LIPSEY-COMPOSITE ANALYSIS GROUP INC**
Attn: Officer, Director, Manager, Agent
PO BOX 1246
NORCROSS, GA 30093

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1299**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,127.00**

**LITTLER MENDELSON PC**
Attn: Officer, Director, Manager, Agent
650 CALIFORNIA STREET
SAN FRANCISCO, CA 94108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **7834**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Donghia, Inc.** | Case number (if known) | **20-30487** |
|---|---|---|---|
| | Name | | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,863.55 |
|---|---|---|---|

**LODETEX SPA**
Attn: Officer, Director, Manager, Agent
VIA TIBET 21
BUSTO ARSIZIO 21052 ITALY
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0544

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,688.03 |
|---|---|---|---|

**LUILOR, SPA**
Attn: Officer, Director, Manager, Agent
VIA DEI TINTORI, 13-15-17
MONTEMURLO PO I-59013 ITALY
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  9013

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**LUIS M. VILLAR**
Attn: Officer, Director, Manager, Agent

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0447

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,158.87 |
|---|---|---|---|

**LUXIONA**
Attn: Officer, Director, Manager, Agent
PASEO DE LA RIBERA 115
CANOVELLES, BARCELONA 08420 SPAIN
SPAIN

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0510

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,575.94 |
|---|---|---|---|

**MA.GI.CA. SRL**
Attn: Officer, Director, Manager, Agent
VIA MEUCCI 1
NOALE (VE) 30033 ITALY
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1845

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,275.19 |
|---|---|---|---|

**MAIL FINANCE**
Attn: Officer, Director, Manager, Agent
PO BOX 45840
SAN FRANCISCO, CA 94145-0840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0500

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Donghia, Inc.**                                         Case number (if known)   **20-30487**
_____
Name

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,173.33 |
|---|---|---|---|

**MANAGEMENT CONSULTANCE GROUP SRL**
Attn: Officer, Director, Manager, Agent
47 VIA DELLA PILA
VENEZIA I-30175 ITALY
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6804**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $615.98 |
|---|---|---|---|

**MANHATTAN FIRE & SAFETY CORP.**
Attn: Officer, Director, Manager, Agent
242 WEST 30TH STREET, 7TH FLOOR
NEW YORK, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **6751**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,990.80 |
|---|---|---|---|

**MANIFATTURE TOSCANE TA-BRU SPA**
Attn: Officer, Director, Manager, Agent
VIA INDICATORIO 81,SAN MAURO  A
SIGNA (FL) 50058 ITALY
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0193**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,417.15 |
|---|---|---|---|

**MATERIAL TECHNOLOGIES LLC**
Attn: Officer, Director, Manager, Agent
3651 NW 8TH AVE, SUITE 200
BOCA RATON, FL 33431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0392**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,513.07 |
|---|---|---|---|

**MATERIAL TECHNOLOGY & LOGISTICS INC**
Attn: Officer, Director, Manager, Agent
1325 MELLOW DRIVE
JESSUP, PA 18434

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **9510**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288,198.24 |
|---|---|---|---|

**MDC MILFORD ASSOC. LLC**
Attn: Officer, Director, Manager, Agent
3 GARRET MOUNTAIN PLAZA
WOODLAND PARK, NJ 07424

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0185**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,673.00 |
|---|---|---|---|

**MERCURY MAINTENANCE, INC.**
Attn: Officer, Director, Manager, Agent
PO BOX 640274
MIAMI, FL 33164

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **9670**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Donghia, Inc.** | Case number *(if known)* | **20-30487** |
|--------|-------------------|--------------------------|--------------|
|        | Name              |                          |              |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $895.00 |
|---|---|---|---|

**MICHAEL MURTHA INCORPORATED**
Attn: Officer, Director, Manager, Agent
1931 MANNING STREET
PHILADELPHIA, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  0455

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,161.27 |
|---|---|---|---|

**MONROE STAFFING SERVICES, LLC**
Attn: Officer, Director, Manager, Agent
6 RESEARCH DRIVE SUITE 440
SHELTON, CT 06484

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  6879

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,270.80 |
|---|---|---|---|

**MURPHY ROAD HOLDINGS-ALL AMERICAN**
Attn: Officer, Director, Manager, Agent
P.O. BOX 630
EAST WINDSOR, CT 06088

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  1814

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**MUSCO ENGINEERING ASSOCIATES**
Attn: Officer, Director, Manager, Agent
375 MORGAN LANE, UNIT 307
WEST HAVEN, CT 06516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  0094

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,642.15 |
|---|---|---|---|

**NELEN & DELBEKE-(DONGHIA)**
Attn: Officer, Director, Manager, Agent
INDUSTRIEZONE 17
9770 KRUISHOUTEM BELGIUM
BELGIUM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  1889

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,991.55 |
|---|---|---|---|

**NELEN & DELBEKE-(HINSON)**
Attn: Officer, Director, Manager, Agent
INDUSTRIEZONE 17
9770 KRUISHOUTEM BELGIUM
BELGIUM

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  0513

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.00 |
|---|---|---|---|

**NELMA-NORTHEASTERN LUMBER MFR ASSOC**
Attn: Officer, Director, Manager, Agent
272 TUTTLE RD , POBOX 87A
CUMBERLAND CTR, ME 04021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  29

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Donghia, Inc.**                                     Case number (if known)  **20-30487**
_____
Name

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,041.38 |

**NEOPOST INC**
Attn: Officer, Director, Manager, Agent
25880 NETWORK PLACE
CHICAGO, IL 60673-1258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0490**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $532.98 |

**NESTLE WATERS N.A. /READY REFRESH**
Attn: Officer, Director, Manager, Agent
PO BOX 856192
LOUISVILLE, KY 40258-6192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1268**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $143.49 |

**NV ENERGY-3000346778719126014-**
Attn: Officer, Director, Manager, Agent
RENO, NV 89520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0339**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.00 |

**NYS CORPORATION TAX**
Attn: Officer, Director, Manager, Agent
PO BOX 1909
ALBANY, NY 12201-1909

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0137**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,660.99 |

**O & M ELECTRIC INC**
Attn: Officer, Director, Manager, Agent
35 WILLOW ST
BRIDGEPORT, CT 06610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0436**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,118.00 |

**OFFICE CHAIR AT WORK**
Attn: Officer, Director, Manager, Agent
5824 12TH AVENUE
BROOKLYN, NY 11219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0331**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353.15 |

**ON THE GO DESIGNER DELIVERIES, INC.**
Attn: Officer, Director, Manager, Agent
921 COMMERCE CIRCLE
HANAHAN, SC 29410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0360**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Donghia, Inc.** | Case number (if known) | **20-30487** |
|---|---|---|---|
| | Name | | |

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,565.11 |
|---|---|---|---|

**ONGARO & FUGA SNC**
Attn: Officer, Director, Manager, Agent
CALLE DEL CRISTO N.8
MURANO VE 30141 ITALY
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  1407**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $93.83 |
|---|---|---|---|

**ORKIN PEST CONTROL**
Attn: Officer, Director, Manager, Agent
PO BOX 22780
FORT LAUDERDALE, FL 33335-2780

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  8175**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,540.80 |
|---|---|---|---|

**OVERTON & CO AIR SERVICES,**
Attn: Officer, Director, Manager, Agent

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  7373**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $30,322.33 |
|---|---|---|---|

**P & W INT'L - P+W KOREA FACTORY**
Attn: Officer, Director, Manager, Agent
#507-5 MIPYUNG-LI, CHEO-IN KU
WONSAM-MYUN YONG-IN CITY 449-871 KR
KOREA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  0004**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,890.00 |
|---|---|---|---|

**PACIFIC DESIGN CENTER**
Attn: Officer, Director, Manager, Agent
750 LEXINGTON AVE C/O COHEN BROS.
NEW YORK, NY 10022-9805

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  1300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,900.15 |
|---|---|---|---|

**PARRY MURRAY & CO LTD**
Attn: Officer, Director, Manager, Agent
6 CHERRY ORCHARD ROAD
CROYDON, SURREY UK CR06BA GB
GB

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  4430**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,897.50 |
|---|---|---|---|

**PAUL GODWIN-PAUL GODWIN
PHOTOGRAPHY**
Attn: Officer, Director, Manager, Agent
92 PINEHURST AVENUE APT 4J
NEW YORK, NY 10033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number  1873**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Donghia, Inc.**                                      Case number (if known)    **20-30487**
_____
Name

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $980.00 |
|---|---|---|---|

**PAUL M IDEC**
Attn: Officer, Director, Manager, Agent
2656 S SCOTT ST
DES PLAINES, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0458**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,596.75 |
|---|---|---|---|

**PAUL MATHIEU**
Attn: Officer, Director, Manager, Agent
7 EAST 14TH STREET, # 805
NEW YORK, NY 10003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **440**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**PDF SYSTEMS,INC-DONGHIA**
Attn: Officer, Director, Manager, Agent
186 PRINCETON-HIGHTSTOWN RD BLDG
3B
PRINCETON JUNCTION, NJ 08550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6203**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107.86 |
|---|---|---|---|

**PENELOPE KUMAS URUNLERI
PAZARLAMA**
Attn: Officer, Director, Manager, Agent
AKCALAR SANAYI BOLGESI ABDALLAR
NILUFER BURSA 16225 TURKEY
TURKEY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0147**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,600.00 |
|---|---|---|---|

**PERUVIAN TOUCH**
Attn: Officer, Director, Manager, Agent
155 W 29TH ST 3RD FLR SUITE C6
NEW YORK, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0508**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,605.40 |
|---|---|---|---|

**PILOT AIR FREIGHT HOLDINGS, LLC**
Attn: Officer, Director, Manager, Agent
314 N. MIDDLETOWN ROAD
LIMA, PA 19037-0097

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0145**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,054.59 |
|---|---|---|---|

**PITNEY BOWES GLOBAL FIN SRV-3229433**
Attn: Officer, Director, Manager, Agent
PO BOX 371887
PITTSBURGH, PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2943**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor **Donghia, Inc.** | Case number (if known) **20-30487** |
| Name | |

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,915.55
---|---|---|---

**PLATINUM CARGO LOGISTICS, INC**
Attn: Officer, Director, Manager, Agent
19250 S. VAN NESS AVE
TORRANCE, CA 90501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1813**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,544.05

**PLYCON VAN LINES**
Attn: Officer, Director, Manager, Agent
280 INDIAN HEAD ROAD
KINGS PARK, NY 11754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1990**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,724.32

**PREMIER STAFFING, INC.**
Attn: Officer, Director, Manager, Agent
PO BOX 398237
SAN FRANCISCO, CA 94139-8237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0107**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128.00

**PRIMO INTERIORS INC**
Attn: Officer, Director, Manager, Agent
2300 N. KNOX AVE
CHICAGO, IL 60639

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1809**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.00

**PROFESSIONAL DECORATING & PAINTING**
Attn: Officer, Director, Manager, Agent
7149 N. AUSTIN AVE
NILES, IL 60714-4617

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1604**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,375.00

**RALPH LAUREN CORPORATION**
Attn: Officer, Director, Manager, Agent
9 POLITO AVENUE
LYNDHURST, NJ 07071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **0389**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,904.16

**RATTI D DIVISION OF RATTI SPA**
Attn: Officer, Director, Manager, Agent
VIA MADONNA 30
GUANZATE 22070 ITALY
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1633**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Donghia, Inc.**
<u> </u>
Name

Case number (if known) **20-30487**

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,025.08 |
|---|---|---|---|

**REACT TECHNICAL**
Attn: Officer, Director, Manager, Agent
34-02 REVIEW AVENUE
LONG ISLAND CITY, NY 11101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1128**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,904.60 |
|---|---|---|---|

**RESTORATION SERVICE OF OHIO, INC.**
Attn: Officer, Director, Manager, Agent
6916 MIDDLEBROOK BLVD
MIDDLEBURG HEIGHTS, OH 44130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1434**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,117.00 |
|---|---|---|---|

**REX ELECTRIC & TECHNOLOGIES, LLC**
Attn: Officer, Director, Manager, Agent
200 W. MONROE ST, STE. 1700
CHICAGO, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1882**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,600.00 |
|---|---|---|---|

**RIGHT MANAGEMENT INC.**
Attn: Officer, Director, Manager, Agent
24677 NETWORK PLACE
CHICAGO, IL 60673-1246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **7824**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.83 |
|---|---|---|---|

**RS WATER HOLDING, LLC-CULLIGAN**
Attn: Officer, Director, Manager, Agent
3201 PREMIER DR. SUITE 300
IRVING, TX 75063-6075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **7879**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,859,164.34 |
|---|---|---|---|

**RUBELLI SPA**
Attn: Officer, Director, Manager, Agent
VIA BOTTENIGO 171
30175 MARGHERA VENEZIA ITALY
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **9090**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220,388.06 |
|---|---|---|---|

**RUBELLI SPA - INTEREST ON NOTES**
Attn: Officer, Director, Manager, Agent
VIA BOTTENIGO 174
30178 MARGHERA VENEZIA ITALY
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Donghia, Inc.** | Case number (if known) | **20-30487** |
|---|---|---|---|
| | Name | | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187,953.77 |
|---|---|---|---|

**RUBELLI SPA - INTEREST ON PAYABLES**
Attn: Officer, Director, Manager, Agent
VIA BOTTENIGO 172
30176 MARGHERA VENEZIA ITALY
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **7951**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,603,077.00 |
|---|---|---|---|

**RUBELLI SPA - NOTES PAYABLE**
Attn: Officer, Director, Manager, Agent
VIA BOTTENIGO 173
30177 MARGHERA VENEZIA ITALY
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9090**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,792.52 |
|---|---|---|---|

**RUBELLI USA - ROYALTIES**
Attn: Officer, Director, Manager, Agent
117A River Street
Milford, CT 06460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1110**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,785.00 |
|---|---|---|---|

**S & S WAREHOUSING & DELIVERY SVC.**
Attn: Officer, Director, Manager, Agent
57-10 49TH PLACE, UNIT C
MASPETH, NY 11378

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **3040**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318,881.20 |
|---|---|---|---|

**SAHCO GMBH**
Attn: Officer, Director, Manager, Agent
KREUZBURGER STRASSE 17-19
NUREMBERG 090471 GERMANY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0302**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,108.01 |
|---|---|---|---|

**SEGUSO LIMITED**
Attn: Officer, Director, Manager, Agent
182 SAGAMORE DRIVE
NEW PROVIDENCE, NJ 07974

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **9264**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,800.00 |
|---|---|---|---|

**SEGUSO VIRO USA CORP**
Attn: Officer, Director, Manager, Agent
136 MADISON AVE, #551
NEW YORK, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **7916**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Donghia, Inc.**
     Name
Case number (*if known*) **20-30487**

| | | |
|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $816.15 |
|---|---|---|---|

**3.186**

**Nonpriority creditor's name and mailing address**

**SERVICE MANAGEMENT GROUP, LLC**
Attn: Officer, Director, Manager, Agent
**25 CONTROLS DRIVE**
**SHELTON, CT 06484**

Date(s) debt was incurred __

Last 4 digits of account number  **0467**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$816.15**

---

**3.187**

**Nonpriority creditor's name and mailing address**

**SF DESIGN CENTER INVESTORS, LLC**
Attn: Officer, Director, Manager, Agent
**DEPT. 2077  BOX 39000**
**SAN FRANCISCO, CA 94139-2077**

Date(s) debt was incurred __

Last 4 digits of account number  **3115**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$144,593.02**

---

**3.188**

**Nonpriority creditor's name and mailing address**

**SHRED-IT US JV LLC**
Attn: Officer, Director, Manager, Agent
**11101 FRANKLIN AVENUE SUITE 100**
**FRANKLIN PARK, IL 60131-1403**

Date(s) debt was incurred __

Last 4 digits of account number  **0084**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,633.93**

---

**3.189**

**Nonpriority creditor's name and mailing address**

**SIME LIGHTING SNC**
Attn: Officer, Director, Manager, Agent
**VIA PROV. LE MONTALBANO 712**
**CASALGUIDI PISTOIA 51034 ITALY**
**ITALY**

Date(s) debt was incurred __

Last 4 digits of account number  **1842**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,869.63**

---

**3.190**

**Nonpriority creditor's name and mailing address**

**SIMEG MARMI SRL**
Attn: Officer, Director, Manager, Agent
**VIA TORRICELLI, 5**
**SAN SEVERINO MARCHE (MC) 62027 ITALY**
**ITALY**

Date(s) debt was incurred __

Last 4 digits of account number  **0149**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,309.80**

---

**3.191**

**Nonpriority creditor's name and mailing address**

**SMIL S.R.L.**
Attn: Officer, Director, Manager, Agent
**Via Arcivescovo Antonio Martini 6 CAP**
**Prato (PO), 59100 Stradario ITALY**
**ITALY**

Date(s) debt was incurred __

Last 4 digits of account number  **7917**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$47,347.38**

---

**3.192**

**Nonpriority creditor's name and mailing address**

**SMIL S.R.L.**
Attn: Officer, Director, Manager, Agent
**Via Arcivescovo Antonio Martini 6 CAP**
**Prato (PO), 59100 Stradario ITALY**
**ITALY**

Date(s) debt was incurred __

Last 4 digits of account number  **7917**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,200,000.00**

---

| Debtor | **Donghia, Inc.** | Case number (if known) | **20-30487** |
|---|---|---|---|
| | Name | | |

---

**3.193** | Nonpriority creditor's name and mailing address | | $125.84

SPARKLETTS-LOS-38721571619706
Attn: Officer, Director, Manager, Agent
PO BOX 660579
DALLAS, TX 75266-0579

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0492**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | | $14,894.00

SPECIALIZED TRANSPORTATION INC.
Attn: Officer, Director, Manager, Agent
5001 US HIGHWAY 30 WEST
FORT WAYNE, IN 46818

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **7696**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | | $6,784.32

SSHG S.R.L.
Attn: Officer, Director, Manager, Agent
FONDAMENTA VENIER, 29
MURANO 30141 ITALY
ITALY

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **7810**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | | $40,013.89

STAPLES BUSINESS ADVANTAGE
Attn: Officer, Director, Manager, Agent
DEPT NY 85106 P.O. BOX 30851
HARTFORD, CT 06150-0851

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **8117**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | | $1,000.00

STATE OF NEW JERSEY - CBT
Attn: Officer, Director, Manager, Agent
DIV. OF TAXATION, P.O. BOX 666
TRENTON, NJ 08646-0666

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0138**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | | $68.37

SUNOCO CORP CARD ACC-75001014796
Attn: Officer, Director, Manager, Agent
P.O. BOX 689156
DES MOINES, IA 50368

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **1111**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | | $5,889.64

SWISSTULLE LTD
Attn: Officer, Director, Manager, Agent
WEINFE;DERSTRASSEE 66
POSTFACH CH 9542 CH
CH

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **3210**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Donghia, Inc.** | Case number (if known) | **20-30487** |
|---|---|---|---|
| | Name | | |

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,021.79**

TAKE 2 INC.
Attn: Officer, Director, Manager, Agent
122 AVENUE OF INDUSTRY
WATERBURY, CT 06705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0438**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,848.79**

TASK MANAGEMENT, INC.
Attn: Officer, Director, Manager, Agent
99 DANBURY ROAD
RIDGEFIELD, CT 06877

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0011**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$717.86**

TCC CLEANING SERVICE INC.
Attn: Officer, Director, Manager, Agent
400 RELLA BLVD SUITE 165
SUFFERN, NY 10901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0408**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,830.51**

TEAM WORLDWIDE
Attn: Officer, Director, Manager, Agent
PO BOX 668
WINNSBORO, TX 75494-0668

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0501**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,013.86**

TESSITURA SERENZA S.R.L.
Attn: Officer, Director, Manager, Agent
VIA GRIGNA, 15
FIGINO SERENZA, COMO 22060 ITALY
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0162**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,653.73**

THE BAER COLLECTION INC
Attn: Officer, Director, Manager, Agent
122 W GORGAS LANE
PHILADELPHIA, PA 19119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0082**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.206** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$230.34**

THE EAGLE LEASING COMPANY
Attn: Officer, Director, Manager, Agent
258 TURNPIKE ROAD
SOUTHBOROUGH, MA 01772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **0402**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Donghia, Inc.** | | Case number (if known) | **20-30487** |
|---|---|---|---|---|
| | Name | | | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,532.40 |
|---|---|---|---|
| | **THE PARKER COMPANY**<br>**Attn: Officer, Director, Manager, Agent**<br>**6205 BLUE LAGOON DRIVE, SUITE 300**<br>**MIAMI, FL 33126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **1118** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,072.47 |
|---|---|---|---|
| | **THE STAPLEX COMPANY**<br>**Attn: Officer, Director, Manager, Agent**<br>**777 FIFTH AVENUE**<br>**BROOKLYN, NY 11232-1695** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0054** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,064.25 |
|---|---|---|---|
| | **THE STUART L. WHITE COMPANY**<br>**Attn: Officer, Director, Manager, Agent**<br>**543 BOSTON POST ROAD**<br>**MILFORD, CT 06460** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **4899** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $637.70 |
|---|---|---|---|
| | **THOMSON REUTERS (TAX & ACCO**<br>**Attn: Officer, Director, Manager, Agent** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **1768** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,692.00 |
|---|---|---|---|
| | **TRAMO@HOME INC.-CALIFORNIA**<br>**Attn: Officer, Director, Manager, Agent**<br>**1725 W. ROSECRANS AVE**<br>**GARDENA, CA 90249** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **1747** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,175.00 |
|---|---|---|---|
| | **TREASURE OF DYNASTY, INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**51-15 GOLDSMITH ST.**<br>**ELMHURST, NY 11373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0195** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $930.00 |
|---|---|---|---|
| | **TRIANGLE DECORATING CO, LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**710 REMINGTON RD**<br>**SCHAUMBURG, IL 60173** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **0180** | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **Donghia, Inc.** _____     Case number (if known)  **20-30487** _____
     Name

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,517.72**
| TRIVANTAGE | ☐ Contingent |
| Attn: Officer, Director, Manager, Agent | ☐ Unliquidated |
| 1831 NORTH PARK AVENUE | ☐ Disputed |
| GLEN RAVEN, NC 27217 | |
| | Basis for the claim: _ |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **4001** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.215** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,358.71**
| TXU ENERGY-900009313989 | ☐ Contingent |
| Attn: Officer, Director, Manager, Agent | ☐ Unliquidated |
| | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number  **8018** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.216** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,118.69**
| TYCO INTEGRATED SEC/FORMERLY ADT | ☐ Contingent |
| Attn: Officer, Director, Manager, Agent | ☐ Unliquidated |
| PO BOX 371967 | ☐ Disputed |
| PITTSBURGH, PA 15250 | |
| | Basis for the claim: _ |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **270** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.217** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$175.00**
| U & ME TRANSFER | ☐ Contingent |
| Attn: Officer, Director, Manager, Agent | ☐ Unliquidated |
| 3300 ELECTRONICS WAY | ☐ Disputed |
| WEST PALM BEACH, FL 33407 | |
| | Basis for the claim: _ |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **0450** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.218** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,365.36**
| ULINE SHIPPING SUPPLIES | ☐ Contingent |
| Attn: Officer, Director, Manager, Agent | ☐ Unliquidated |
| PO BOX 88741 | ☐ Disputed |
| CHICAGO, IL 60680-1741 | |
| | Basis for the claim: _ |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **5340** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.219** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,279.36**
| UPS SUPPLY CHAIN SOLUT ACC# 153335 | ☐ Contingent |
| Attn: Officer, Director, Manager, Agent | ☐ Unliquidated |
| 28013 NETWORK PLACE | ☐ Disputed |
| CHICAGO, IL 60673-1280 | |
| | Basis for the claim: _ |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **3335** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,080.48**
| UPS SUPPLY CHAIN SOLUTIONS, INC. | ☐ Contingent |
| Attn: Officer, Director, Manager, Agent | ☐ Unliquidated |
| 28013 NETWORK PLACE | ☐ Disputed |
| CHICAGO, IL 60673-1280 | |
| | Basis for the claim: _ |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **798E** | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **Donghia, Inc.** | Case number (if known) | **20-30487** |
|---|---|---|---|
| | Name | | |

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,093.18** |
|---|---|---|---|

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Attn: Officer, Director, Manager, Agent
28013 NETWORK PLACE
CHICAGO, IL 60673

Date(s) debt was incurred _

Last 4 digits of account number  **UPSSUP**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$81.19** |
|---|---|---|---|

**UPS SUPPLY CHAIN SOLUTIONS, INC.**
Attn: Officer, Director, Manager, Agent
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

Date(s) debt was incurred _

Last 4 digits of account number  **326A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,159.64** |
|---|---|---|---|

**UPS-ACC# 061R83 (SAMPLING)**
Attn: Officer, Director, Manager, Agent
28013 NETWORK PLACE
CHICAGO, IL 60673-1280

Date(s) debt was incurred _

Last 4 digits of account number  **1853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$289.31** |
|---|---|---|---|

**UPS-ACC# 061Y18 (FURNITURE)**
Attn: Officer, Director, Manager, Agent
P.O. BOX 7247-0244
PHILADELPHIA, PA 19170-0001

Date(s) debt was incurred _

Last 4 digits of account number  **1818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,245.92** |
|---|---|---|---|

**UPS-ACC#-PLAN#0737BG**
Attn: Officer, Director, Manager, Agent
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001

Date(s) debt was incurred _

Last 4 digits of account number  **37BG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,843.15** |
|---|---|---|---|

**USI Insurance Services, LLC**
Attn: Officer, Director, Manager, Agent
PO Box 62939
Virginia Beach, VA 23466

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,859.26** |
|---|---|---|---|

**V&N INTERIORS**
Attn: Officer, Director, Manager, Agent
VIA V.NISI,6
PISA 56125 ITALY
ITALY

Date(s) debt was incurred _

Last 4 digits of account number  **0168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Donghia, Inc.**
       Name

Case number (if known) **20-30487**

| | | |
|---|---|---|
| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **VANDEGRIFT FORWARDING COMPANY INC.** | $74,604.53 |

**VANDEGRIFT FORWARDING COMPANY INC.**
**Attn: Officer, Director, Manager, Agent**
**100 WALNUT AVE**
**CLARK, NJ 07066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0178**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $280.06 |

**VERIZON-COR-ACC#-586139213-**
**Attn: Officer, Director, Manager, Agent**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1225**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $46,234.71 |

**VESCOM TEXTILES - LEO SCHELLENS**
**Attn: Officer, Director, Manager, Agent**
**P.O. BOX 349**
**AH DEURNE 5750 NL**
**NETHERLANDS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **6967**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,188.46 |

**VETRERIA SAN GIUSEPPE**
**Attn: Officer, Director, Manager, Agent**
**VIA MUSSA 78, ZONA INDUSTRIALE**
**PIOMBINO DESE (PD) 35017 ITALY**
**ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1846**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,889.36 |

**W.B. MASON COMPANY INC.**
**Attn: Officer, Director, Manager, Agent**
**PO BOX 111/59 CENTRE STREET**
**BROCKTON, MA 02303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **7522**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $212.70 |

**WALTHAM PEST SERVICES LLC**
**Attn: Officer, Director, Manager, Agent**
**2170 PIEDMONT ROAD NE**
**ATLANTA, GA 30324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **0453**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $290.00 |

**WALTON P. DAVIS MOVING & STORE INC.**
**Attn: Officer, Director, Manager, Agent**
**1125 NORTH 53RD COURT**
**WEST PALM BEACH, FL 33407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **5464**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Donghia, Inc.** | Case number (if known) | **20-30487** |
|---|---|---|---|
| | Name | | |

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,573.52** |
|---|---|---|---|

**WATERLOGIC USA INC.DBA WATERLOGIC**
Attn: Officer, Director, Manager, Agent
PO BOX 677867
DALLAS, TX 75267-7867

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1534**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,810.00** |
|---|---|---|---|

**WESTSIDE ELECTRIC INC.**
Attn: Officer, Director, Manager, Agent

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **0470**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,029.80** |
|---|---|---|---|

**WOLVERINE GLASS PRODUCTS, INC.**
Attn: Officer, Director, Manager, Agent
3400 WENTWORTH DR. SW
WYOMING, MI 49519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **1574**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$143.66** |
|---|---|---|---|

**XB DESIGN FZ LLC**
Attn: Officer, Director, Manager, Agent
PO BOX 333253
DUBAI AE
UNITED ARAB EMIRATES

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **0370**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,069.02** |
|---|---|---|---|

**ZENITH EXPORTS LIMITED**
Attn: Officer, Director, Manager, Agent
1, TAVAREKERE MAIN ROAD
BANGALORE 560029 INDIA
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number **0316**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts | |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | | 5b. + | $ | **20,563,497.43** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. | $ | **20,563,497.43** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Donghia, Inc.**
Name

Case number (if known)    **20-30487**

**Fill in this information to identify the case:**

Debtor name      **Donghia, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   **20-30487**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest  **Customer Purchase (multiple)** | |
| State the term remaining | **A+L ASSOCIATES** <br> **Attn: Officer, Director, Manager, Agent** <br> **3236 CALLE DE MOLINA** <br> **SANTA FE, NM 87507** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest  **Customer Purchase** | |
| State the term remaining | **ABBOTT PROPERTIES** <br> **Attn: Officer, Director, Manager, Agent** <br> **800 E 18th Street** <br> **KANSAS CITY, MO 64108** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest  **Customer Purchase** | |
| State the term remaining | **ABBY LEIGH DESIGNS** <br> **Attn: Officer, Director, Manager, Agent** <br> **201 EAST 80TH 17C** <br> **NEW YORK, NY 10075** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest  **Customer Purchase** | |
| State the term remaining | **ABSAL JOHN PAUL CONTRACTING COMPANY** <br> **Attn: Officer, Director, Manager, Agent** <br> **PO BOX NO. 4864** <br> **RIYADH SAUDIA ARABIA   11412** |
| List the contract number of any government contract | |

Debtor 1   **Donghia, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Atlanta Showroom Lease** | |
|---|---|---|---|
| | State the term remaining | | **ADAC, L.P.**<br>**Attn: Officer, Director, Manager, Agent**<br>**303 Peachtree Center Ave  NE Suite 575**<br>**Atlanta, Georgia 30303-0000** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **ADANA DESIGN PORTAL & CONSULTANCY**<br>**Attn: Officer, Director, Manager, Agent**<br>**OFFICE 18TH FL, 1 AL BINWAN BLDG B4**<br>**AL QIBLA, KUWAIT** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **ADLER DESIGNS  INC**<br>**Attn: Officer, Director, Manager, Agent**<br>**1279 OZETA TERRACE**<br>**LOS ANGELES, CA 90069** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **ADM ASSOCIATES**<br>**Attn: Officer, Director, Manager, Agent**<br>**960 PIEDMONT AVENUE, N.E.**<br>**ATLANTA, GA 30309** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **ADRIANA HOYOS**<br>**Attn: Officer, Director, Manager, Agent**<br>**4141 NE 2nd Ave Suite 202**<br>**MIAMI, FL 33137** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **AERIA LUXURY INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**9800 JOHN SAUNDERS ROAD HANGER 6**<br>**SAN ANTONIO, TX 78216** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Donghia, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **20-30487**

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **AFFORDABLE HOUSING DEVELOPERS, INC**<br>**Attn: Officer, Director, Manager, Agent**<br>**15 BLEECKER STREET, SUITE 201**<br>**MILLBURN, NJ 07041** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **AFG INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**2799 NW 2ND AVE STE 216**<br>**BOCA RATON, FL 33431** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **AGELOFF & ASSOC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**1123 BROADWAY SUITE # 805**<br>**NEW YORK, NY 10010** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **AL RIYASH TRADING CO.**<br>**Attn: Officer, Director, Manager, Agent**<br>**PO BOX 2552**<br>**SAFAT KUWAIT   13026** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **ALEX MONTANA INTERIORS LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**1501 DRAGON ST SUITE 104**<br>**DALLAS, TX 75207** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | **ALLISON PALADINO INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**3307 Northlake Blvd. Suite #101**<br>**PALM BEACH GARDENS, FL 33403** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Donghia, Inc.** | | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**ALTFIELD INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**ROOM 1101, NINE QUEEN'S ROAD**
**CENTRAL HONG KONG HK**

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**AMANDA REYNAL INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**1417 WALNUT STREET SUITE D**
**DES MOINES, IA 50309**

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**AMELIA ELFREZ DESIGN**
**Attn: Officer, Director, Manager, Agent**
**4320 BOURBON STREET #104**
**FRISCO, TX 75034**

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Costa Mesa Office Lease** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**American National Insurance Co., C/O IDS**
**Attn: Officer, Director, Manager, Agent**
**2915 Red Hill Avenue, Ste F200**
**Costa mesa, California 92626-0000**

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**AMY AIDINIS HIRSCH, LLC**
**Attn: Officer, Director, Manager, Agent**
**77 N WATER STREET**
**GREENWICH, CT 06830**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Donghia, Inc.**                                                     Case number *(if known)*  **20-30487**
    First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

**AMY DEVAULT INTERIOR DESIGN**
Attn: Officer, Director, Manager, Agent
13322 W. WASHINGTON BLVD. STE 7
LOS ANGELES, CA 90066

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

**AMY HERMAN DESIGN**
Attn: Officer, Director, Manager, Agent
3920 NORTH FLAGER DRIVE, UNIT 204
WEST PALM BEACH, FL 33407

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

**AMY KALIKOW DESIGN**
Attn: Officer, Director, Manager, Agent
215 EAST 68TH STREET SUITE 2N
NEW YORK, NY 10065

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

**AMY MASTERSON**
Attn: Officer, Director, Manager, Agent
1340 SW 21ST CT
FORT LAUDERDALE, FL 33315

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

**ANDREA SCHUMACHER INTERIORS**
Attn: Officer, Director, Manager, Agent
870 SANTA FE DRIVE
DENVER, CO 80204

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any

**ANDREW SUVALSKY**
Attn: Officer, Director, Manager, Agent
214 WEST 29TH STREET #1403
NEW YORK, NY 10001

Debtor 1   **Donghia, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-30487**

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

2.28.   State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**ANGELA REYNOLDS DESIGNS LLC**
**Attn: Officer, Director, Manager, Agent**
**11531 N 178TH ROAD**
**JUPITER, FL 33478**

2.29.   State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**ANN COHEN INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**3901-3 LANDER ROAD**
**CHAGRIN FALLS, OH 44022**

2.30.   State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**
**(multiple)**

State the term remaining

List the contract number of any government contract

**ANNIE HALL INTERIORS INC.**
**Attn: Officer, Director, Manager, Agent**
**127A RIVER ST**
**WEST NEWTON, MA 02465**

2.31.   State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**
**(multiple)**

State the term remaining

List the contract number of any government contract

**ANTHEM INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**3274 SACRAMENTO ST**
**SAN FRANCISCO, CA 94115**

2.32.   State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**ANUE DESIGN LLC**
**Attn: Officer, Director, Manager, Agent**
**22 BRIARWOOD LANE**
**SUFFERN, NY 10901**

2.33.   State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**
**(multiple)**

**ARCHITECTURAL WINDOW SHADES**
**Attn: Officer, Director, Manager, Agent**
**9900 GIDLEY STREET**
**EL MONTE, CA 91731**

| Debtor 1 | **Donghia, Inc.** | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

---

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**ARI LOAR INTERIORS INC**
**Attn: Officer, Director, Manager, Agent**
**1057 BELLA VISTA DR. NE**
**SAINT PETERSBURG, FL 33702**

---

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Ash Interiors**
**Attn: Officer, Director, Manager, Agent**
**1202 Sharon Park Dr Apt 68**
**MENLO PARK, CA 94025**

---

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**Ashley Miller Design**
**Attn: Officer, Director, Manager, Agent**
**750 Moores Mill Road NW**
**ATLANTA, GA 30327**

---

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**ASHLI MIZELL DESIGN**
**Attn: Officer, Director, Manager, Agent**
**230 N. 21ST ST.**
**PHILADELPHIA, PA 19103**

---

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|

State the term remaining

List the contract number of any government contract

**ASR STUDIOS INC**
**Attn: Officer, Director, Manager, Agent**
**1133 BROADWAY STREET STE 735**
**NEW YORK, NY 10010**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Donghia, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*   **20-30487**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.39.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**ATELIER A.M.**
**Attn: Officer, Director, Manager, Agent**
**7956 WEST THIRD ST.**
**LOS ANGELES, CA 90048**

---

**2.40.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**ATELIER TEXTILES**
**Attn: Officer, Director, Manager, Agent**
**55 BOSTON ROAD  MT. EDEN**
**AUCKLAND NZ   01001**

---

**2.41.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**ATELIERS CHARLES JOUFFRE**
**Attn: Officer, Director, Manager, Agent**
**13-08 43RD AVENUE, 2ND FLOOR**
**LONG ISLAND CITY, NY 11101**

---

**2.42.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**ATLANTA DESIGN GROUP**
**Attn: Officer, Director, Manager, Agent**
**5952 PEACHTREE INDUSTRIAL BLVD STE2**
**NORCROSS, GA 30071**

---

**2.43.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**B&T GLOBAL LLC**
**Attn: Officer, Director, Manager, Agent**
**227 EAST 58TH ST**
**NEW YORK, NY 10022**

---

**2.44.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order (multiple)**

State the term remaining

List the contract number of any

**B.F. DI BERTOZZI F.**
**Attn: Officer, Director, Manager, Agent**
**VIA IV NOVEMBRE 1**
**TAVERNELLE SERRUNGARINA  PU ITALY**

Debtor 1  **Donghia, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **20-30487**

<span style="background:purple">   </span>  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
| | State the term remaining | **BALONGUE DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**707 MATSON FORD ROAD**<br>**VILLANOVA, PA 19085** |
| | List the contract number of any government contract | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
| | State the term remaining | **BENJAMIN WEST**<br>**Attn: Officer, Director, Manager, Agent**<br>**428 CTC BOULEVARD**<br>**LOUISVILLE, CO 80027** |
| | List the contract number of any government contract | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
| | State the term remaining | **BENNETT LEIFER LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**152 MADISON AVENUE SUITE 1901**<br>**NEW YORK, NY 10016** |
| | List the contract number of any government contract | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
| | State the term remaining | **BENSON DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**627 SW 5TH AVENUE**<br>**FT LAUDERDALE, FL 33315** |
| | List the contract number of any government contract | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
| | State the term remaining | **BERKELEY MILLS**<br>**Attn: Officer, Director, Manager, Agent**<br>**2830 7TH STREET**<br>**BERKELEY, CA 94710** |
| | List the contract number of any government contract | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | **BETSY ANDERSON**<br>**Attn: Officer, Director, Manager, Agent**<br>**2027 PROGRESS CT.**<br>**RALEIGH, NC 27608** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Donghia, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-30487**

---



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**BETTY GINSBURG INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**307 SOUTH DITHRIDGE #612**
**PITTSBURGH, PA 15213**

---

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**BEYER BROWN**
**Attn: Officer, Director, Manager, Agent**
**822 W CENTRAL BLVD**
**ORLANDO, FL 32805**

---

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**BEYER-BROWN INC.**
**Attn: Officer, Director, Manager, Agent**
**588 SUTTER STREET**
**SAN FRANCISCO, CA 94102**

---

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**BITTNERS**
**Attn: Officer, Director, Manager, Agent**
**731 EAST MAIN STREET**
**LOUISVILLE, KY 40202**

---

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**BLACKDOG STUDIO**
**Attn: Officer, Director, Manager, Agent**
**887 WEST MARIETTA ST., STE T-102**
**ATLANTA, GA 30318**

---

| Debtor 1 | **Donghia, Inc.** | | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.56.** State what the contract or lease is for and the nature of the debtor's interest

    **Customer Purchase**

    State the term remaining

    List the contract number of any government contract

**BLOOMINGDALES**
**Attn: Officer, Director, Manager, Agent**
**LG068, LOADING BAY 2, DUBAI MALL**
**DUBAI**

**2.57.** State what the contract or lease is for and the nature of the debtor's interest

    **Customer Purchase (multiple)**

    State the term remaining

    List the contract number of any government contract

**BRAY WHALER**
**Attn: Officer, Director, Manager, Agent**
**1417 W. MAIN STREET SUITE 104**
**CARROLLTON, TX 75006**

**2.58.** State what the contract or lease is for and the nature of the debtor's interest

    **Customer Purchase (multiple)**

    State the term remaining

    List the contract number of any government contract

**BRAY WHALER INC**
**Attn: Officer, Director, Manager, Agent**
**7936 E. ARAPAHOE CT #1000**
**CENTENNIAL, CO 80112**

**2.59.** State what the contract or lease is for and the nature of the debtor's interest

    **Customer Purchase (multiple)**

    State the term remaining

    List the contract number of any government contract

**BRAYTON HUGHES DESIGN STUDIOS**
**Attn: Officer, Director, Manager, Agent**
**465 CALIFORNIA STREET #350**
**SAN FRANCISCO, CA 94104**

**2.60.** State what the contract or lease is for and the nature of the debtor's interest

    **Customer Purchase**

    State the term remaining

    List the contract number of any government contract

**BROWN DAVIS INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**901 PENNSYLVANIA AVE, Ste 3-538**
**MIAMI BEACH, FL 33139**

**2.61.** State what the contract or lease is for and the nature of the debtor's interest

    **Customer Purchase (multiple)**

    State the term remaining

    List the contract number of any

**BROWNWORKS, LLC**
**Attn: Officer, Director, Manager, Agent**
**1808 UPPER HAWTHORNE TRL.**
**CAIRO, GA 39827**

Debtor 1    **Donghia, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)    **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **BRUCE BIERMAN DESIGN - FL**<br>**Attn: Officer, Director, Manager, Agent**<br>**529 SOUTH FLAGLER DR. PENTHOUSE 1E**<br>**WEST PALM BEACH, FL 33401** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **BUNNY WILLIAMS INC**<br>**Attn: Officer, Director, Manager, Agent**<br>**306 EAST 61ST STREET  5TH FLR**<br>**NEW YORK, NY 10065** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **BURKAY TEKSTIL A.S.**<br>**Attn: Officer, Director, Manager, Agent**<br>**TURKEY** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **BUTLER RAMBUSCH**<br>**Attn: Officer, Director, Manager, Agent**<br>**9 FAIRWOOD**<br>**MADISON, NJ 07940** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **C L STUDIO INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**PO BOX 1859**<br>**WINTER PARK, FL 32790** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | **C+M TRADING LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**SOBHA IVORY TOWER 1, OFFICE 402**<br>**DUBAI UNITED ARAB EMIRATE** |
|---|---|---|---|

| Debtor 1 | **Donghia, Inc.** | | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | _____ |

---

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **C. RAE INTERIORS** |
| | List the contract number of any government contract | _____ | **Attn: Officer, Director, Manager, Agent**<br>**23424 COMMERCE PARK ROAD**<br>**BEACHWOOD, OH 44122** |

---

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **C.C. & COMPANY** |
| | List the contract number of any government contract | _____ | **Attn: Officer, Director, Manager, Agent**<br>**200 Briggs Ave.**<br>**COSTA MESA, CA 92626** |

---

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **C.K. DRIVER DESIGN GROUP** |
| | List the contract number of any government contract | _____ | **Attn: Officer, Director, Manager, Agent**<br>**19120 OVERLOOK ROAD**<br>**LOS GATOS, CA 95030** |

---

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement 9/2018** | |
|---|---|---|---|
| | State the term remaining | | **C.W. Stockwell, LLC** |
| | List the contract number of any government contract | _____ | **Attn: Officer, Director, Manager, Agent**<br>**874 South Arroyo Blvd**<br>**Pasadena, CA 91105** |

---

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **CALCO AEROSPACE** |
| | List the contract number of any government contract | _____ | **Attn: Officer, Director, Manager, Agent**<br>**200 E. FELIX STREET**<br>**FORT WORTH, TX 76115** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Donghia, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.73.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Customer Purchase (multiple)**

**CANOE HOSPITALITY LLC**
**Attn: Officer, Director, Manager, Agent**
**333A MAIN STREET**
**EL SEGUNDO, CA 90245**

---

**2.74.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Customer Purchase (multiple)**

**CAP CARPET,INC**
**Attn: Officer, Director, Manager, Agent**
**535 S. EMERSON STREET**
**WICHITA, KS 67209**

---

**2.75.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Customer Purchase**

**CAROL GUTHRIE DESIGN**
**Attn: Officer, Director, Manager, Agent**
**2 MYSTIC LANE**
**DARIEN, CT 06820**

---

**2.76.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Customer Purchase (multiple)**

**CAROL SCHWARTZ FUNK INTERIORS - FL**
**Attn: Officer, Director, Manager, Agent**
**601 BAYSHORE BOULEVARD  SUITE 650**
**TAMPA, FL 33606**

---

**2.77.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Customer Purchase**

**CARRIE LONG INTERIORS, INC.**
**Attn: Officer, Director, Manager, Agent**
**4850 Fernlee Ave**
**ROYAL OAK, MI 48073**

---

**2.78.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any

**Customer Purchase (multiple)**

**CARVER & ASSOCIATES**
**Attn: Officer, Director, Manager, Agent**
**4177 NORTHEAST EXPRESSWAY**
**ATLANTA, GA 30340**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Donghia, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*    **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
|  | government contract |  |
| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|  | State the term remaining | **CASA GRANDE**<br>**Attn: Officer, Director, Manager, Agent**<br>**PO BOX 25872 PALACE TOWER 1**<br>**DUBAI UNITED ARAB EMIRATE** |
|  | List the contract number of any government contract |  |
| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|  | State the term remaining | **CASAFINA**<br>**Attn: Officer, Director, Manager, Agent**<br>**4870 W. OQUENDO ROAD**<br>**LAS VEGAS, NV 89118** |
|  | List the contract number of any government contract |  |
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|  | State the term remaining | **CATHERINE BITTER**<br>**Attn: Officer, Director, Manager, Agent**<br>**P.O. box 279**<br>**OXFORD, MD 21654** |
|  | List the contract number of any government contract |  |
| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|  | State the term remaining | **CESAR LUCIAN SCAFF  INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**2845 NE 9TH STREET SUITE 802**<br>**FORT LAUDERDALE, FL 33304** |
|  | List the contract number of any government contract |  |
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order (multiple)** |
|  | State the term remaining | **CHAMBORD PRINTS INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**38 JACKSON STREET**<br>**HOBOKEN, NJ 07030** |
|  | List the contract number of any government contract |  |
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)**   **CHANCEY INTERIOR DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**1228 EAST 7TH AVENUE**<br>**TAMPA, FL 33605** |

Debtor 1   **Donghia, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **20-30487**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.85. State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

**CHANDOS INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**3637 WEST  ALABAMA, SUITE 490**
**HOUSTON, TX 77027**

List the contract number of any
government contract

---

2.86. State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

**CHERYL LUCAS INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**8040 PARKER DESIGN PLACE**
**ROSWELL, GA 30076**

List the contract number of any
government contract

---

2.87. State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

**CHRIS EVE DUNLAP DESIGN**
**Attn: Officer, Director, Manager, Agent**
**10910 RIVER TERRACE CIRCLE**
**AUSTIN, TX 78733**

List the contract number of any
government contract

---

2.88. State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

**CHRISTOPHER ROY & CO**
**Attn: Officer, Director, Manager, Agent**
**207 SECOND STREET SUITE E**
**SAUSALITO, CA 94965**

List the contract number of any
government contract

---

2.89. State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

**CHRISTOPHER STEVENS, LLC**
**Attn: Officer, Director, Manager, Agent**
**41 UNION SQUARE WEST #701**
**NEW YORK, NY 10003**

List the contract number of any
government contract

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Donghia, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*  **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **CHRISTY FORAN DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**626 GROVE STREET, STE 205**<br>**EVANSTON, IL 60201** |
| | List the contract number of any government contract | | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **CIRCA INTERIORS & ANTIQUES INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**2321 CRESCENT AVENUE**<br>**CHARLOTTE, NC 28207** |
| | List the contract number of any government contract | | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
| | State the term remaining | | **Claudia Smay Interior Design**<br>**Attn: Officer, Director, Manager, Agent**<br>**1300 San Raymundo Rd**<br>**HILLSBOROUGH, CA 94010** |
| | List the contract number of any government contract | | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **CLEAN DESIGN PARTNERS, LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**13 HARCOURT RD**<br>**SCARSDALE, NY 10583** |
| | List the contract number of any government contract | | |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **CN INTERIORS INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**564 RIVERSHIRE PLACE**<br>**LINCOLNSHIRE, IL 60069** |
| | List the contract number of any government contract | | |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **COBBLE COURT INTERIORS, INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**13 SOUTH AVENUE**<br>**NEW CANAAN, CT 06840** |
| | List the contract number of any | | |

Debtor 1  **Donghia, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-30487**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **COHEN DESIGN** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**110 WASHINGTON AVENUE, #1514**<br>**MIAMI BEACH, FL 33139** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
| | State the term remaining | | **COLLINS AND DUPONT** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**8911 BRIGHTON LANE  SUITE #1**<br>**BONITA SPRINGS, FL 34135** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
| | State the term remaining | | **COMLUX AMERICA** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**2910 SOUTH HIGH SCHOOL ROAD**<br>**INDIANAPOLIS, IN 46241** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **COMPLETE CONSTRUCTION** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**9757 JUNAITA DRIVE NE, SUTIE 300**<br>**KIRKLAND, WA 98034** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order (multiple)** | |
| | State the term remaining | | **COMPONENTI DONA' S.R.L.** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**CALLE VIVIANI 5**<br>**MURANO VE ITALY** |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | **Connor & Company Inc.**<br>**Attn: Officer, Director, Manager, Agent**<br>**1489 N Harding St**<br>**INDIANAPOLIS, IN 46202** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Donghia, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*    **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining |  |
|---|---|---|
|  | List the contract number of any government contract |  |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **CONRAD T ONGLAO**<br>**Attn: Officer, Director, Manager, Agent**<br>**1251 JONES STREET**<br>**SAN FRANCISCO, CA 94109** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Las Vegas Showroom Lease** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Correre Casa, LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**5950 West Quail Ave.**<br>**Las Vegas, NV 89118** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **COURTENAY GRIFFITH DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**300 SUMMIT DRIVE**<br>**CORTE MADERA, CA 94925** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **CREATIVE DESIGN SOLUTIONS**<br>**Attn: Officer, Director, Manager, Agent**<br>**6897 PAIUTE AVE SUITE 6**<br>**NIWOT, CO 80503** |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **New York Showroom Lease** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | **D&D Building Company LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**750 Lexington Ave  28th Floor**<br>**New York, New York 10022-0000** |

| Debtor 1 | **Donghia, Inc.** | | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** |
| | State the term remaining | **D'ETOFFE S.P.A.**<br>**Attn: Officer, Director, Manager, Agent**<br>**VIA BISENZIO 61**<br>**MONTEMURLO PO ITALY** |
| | List the contract number of any government contract | |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
| | State the term remaining | **D. ELISE DAMASCHINO**<br>**Attn: Officer, Director, Manager, Agent**<br>**5565 TERRA GRANADA DRIVE  #2B**<br>**WALNUT CREEK, CA 94595** |
| | List the contract number of any government contract | |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
| | State the term remaining | **DAMSA DEVELOPMENT CONTRACTING**<br>**Attn: Officer, Director, Manager, Agent**<br>**PO BOX 37350**<br>**DOHA QATAR** |
| | List the contract number of any government contract | |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
| | State the term remaining | **DAN WEST INTERIOR DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**4428 Whipple Ave. NW**<br>**CANTON, OH 44718** |
| | List the contract number of any government contract | |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
| | State the term remaining | **DANA BASS DESIGNS**<br>**Attn: Officer, Director, Manager, Agent**<br>**3117 Pinehurst Dr.**<br>**PLANO, TX 75075** |
| | List the contract number of any government contract | |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
| | State the term remaining | **DANA WACHS DESIGNS LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**444 EAST 82ND STREET #2B**<br>**NEW YORK, NY 10028** |
| | List the contract number of any | |

Debtor 1  **Donghia, Inc.**                                      Case number (*if known*)   **20-30487**
_____
First Name         Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |  |
|---|---|---|---|
|  | State the term remaining |  | **DANA WOLTER INTERIORS** |
|  | List the contract number of any government contract |  | Attn: Officer, Director, Manager, Agent 2611 CANTERBURY RD. BIRMINGHAM, AL 35223 |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order (multiple)** |  |
|---|---|---|---|
|  | State the term remaining |  | **DAVID EDWARD CO.** |
|  | List the contract number of any government contract |  | Attn: Officer, Director, Manager, Agent 1407 PARKER ROAD BALTIMORE, MD 21227 |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |  |
|---|---|---|---|
|  | State the term remaining |  | **DAVID KLEINBERG DESIGN ASSOC. INC.** |
|  | List the contract number of any government contract |  | Attn: Officer, Director, Manager, Agent 330 E. 59TH STREET 5TH FLR NEW YORK, NY 10022 |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Dallas Showroom Lease** |  |
|---|---|---|---|
|  | State the term remaining |  | **DD Dunhill 2017 LLC** |
|  | List the contract number of any government contract |  | Attn: Officer, Director, Manager, Agent 3100 Monticello Ave, Ste 300 Dallas, Texas 75205-0000 |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |  |
|---|---|---|---|
|  | State the term remaining |  | **DE VIGNIER DESIGN, INC.** |
|  | List the contract number of any government contract |  | Attn: Officer, Director, Manager, Agent BOX 212 MONTCHANIN, DE 19710 |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | **DEBORAH WALKER AND ASSOCIATES** Attn: Officer, Director, Manager, Agent 154 GLASS ST #108 DALLAS, TX 75207 |
|---|---|---|---|

Debtor 1   **Donghia, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **20-30487**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

_____

---

2.119.  State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

_____

**Debra Ackerbloom Interiors LLC**
**Attn: Officer, Director, Manager, Agent**
**777. North Ashley Drive Suite 806**
**TAMPA, FL 33602**

---

2.120.  State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

_____

**DEBRA ANTOLINO INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**20055 CHAGRIN BLVD**
**SHAKER HEIGHTS, OH 44122**

---

2.121.  State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

_____

**DECKED**
**Attn: Officer, Director, Manager, Agent**
**113 CALEDONIA STREET #2**
**SAUSALITO, CA 94965**

---

2.122.  State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

_____

**DECOVISION**
**Attn: Officer, Director, Manager, Agent**
**PO BOX 73814**
**ABU DHABI**

---

2.123.  State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase (multiple)**

State the term remaining

List the contract number of any government contract

_____

**DELEO FLETCHER DESIGN LLC**
**Attn: Officer, Director, Manager, Agent**
**1703 E LEVEE ST**
**DALLAS, TX 75207**

---

Debtor 1    **Donghia, Inc.**                                    Case number *(if known)*    **20-30487**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.124.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

**DEMITRI CHRISTIAN**
**Attn: Officer, Director, Manager, Agent**
**8306 WILSHIRE BLVD.  STE 788**
**BEVERLY HILLS, CA 90211**

**2.125.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

**DENISE DRAKE INTERIOR DESIGN**
**Attn: Officer, Director, Manager, Agent**
**1834 ROSE CREEK DRIVE**
**FARGO, ND 58104**

**2.126.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

**DENYSE AND COMPANY**
**Attn: Officer, Director, Manager, Agent**
**20445 MACK AVENUE**
**GROSSE POINTE WOODS, MI 48236**

**2.127.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase (multiple)**

State the term remaining

List the contract number of any government contract

**DESIGN & DETAILS**
**Attn: Officer, Director, Manager, Agent**
**REMAIZAN BLD 1ST FLR 205 TAHLIYA ST**
**RIYADH  SAUDI ARABIA**

**2.128.** State what the contract or lease is for and the nature of the debtor's interest — **Dania Showroom Lease**

State the term remaining

List the contract number of any government contract

**Design Center of the Americas LLC**
**Attn: Officer, Director, Manager, Agent**
**750 Lexington Ave  28th Floor**
**New York, New York 10022-0000**

**2.129.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any

**DESIGN RESOURCES**
**Attn: Officer, Director, Manager, Agent**
**7720 N ROBINSON AVE STE B3**
**OKLAHOMA CITY, OK 73116**

Debtor 1  **Donghia, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **20-30487**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
| | State the term remaining | | **DESIGN STRUCK**<br>**Attn: Officer, Director, Manager, Agent**<br>**5898 WINDSOR TERRACE**<br>**BOCA RATON, FL 33496** |
| | List the contract number of any government contract | | |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
| | State the term remaining | | **DESIGNED INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**1921 Moose Wilson Road Suite 102**<br>**WILSON, WY 83014** |
| | List the contract number of any government contract | | |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
| | State the term remaining | | **Designs by Anna Maria**<br>**Attn: Officer, Director, Manager, Agent**<br>**2260 Village Walk Drive**<br>**HENDERSON, NV 89052** |
| | List the contract number of any government contract | | |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
| | State the term remaining | | **DESIGNS DELL ARIO INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**755 MAIN STREET  ANNEX #2**<br>**HALF MOON BAY, CA 94019** |
| | List the contract number of any government contract | | |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
| | State the term remaining | | **DESSINS INC**<br>**Attn: Officer, Director, Manager, Agent**<br>**787 MADISON AVENUE**<br>**NEW YORK, NY 10065** |
| | List the contract number of any government contract | | |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | **DJ PAK ARCHITECTURAL DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**320 Via Casitas #109**<br>**GREENBRAE, CA 94904** |

Debtor 1    **Donghia, Inc.**

First Name                    Middle Name                    Last Name

Case number (*if known*)    **20-30487**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
        government contract

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase |
|---|---|---|
| | State the term remaining | **DKG INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**81 CAMPFIRE ROAD**<br>**CHAPPAQUA, NY 10514** |
| | List the contract number of any government contract | |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase |
|---|---|---|
| | State the term remaining | **DODSON INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**675 BERING DRIVE STE. 105**<br>**HOUSTON, TX 77057** |
| | List the contract number of any government contract | |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase |
|---|---|---|
| | State the term remaining | **DOMUS INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**692 MADISON AVE**<br>**NEW YORK, NY 10065** |
| | List the contract number of any government contract | |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase |
|---|---|---|
| | State the term remaining | **DON TARCA SR LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**10022 TRAILWOOD PL**<br>**JUPITER, FL 33478** |
| | List the contract number of any government contract | |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase |
|---|---|---|
| | State the term remaining | **DOROTHY VOGT CONSULTING**<br>**Attn: Officer, Director, Manager, Agent**<br>**17 ANNMARIE PLACE**<br>**YONKERS, NY 10703** |
| | List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Donghia, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)    **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.141.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase (multiple)**

　　　State the term remaining

　　　List the contract number of any government contract

**DRAKE/ANDERSON LLC**
**Attn: Officer, Director, Manager, Agent**
**67 IRVING PLACE 12TH FL**
**NEW YORK, NY 10003**

**2.142.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

　　　State the term remaining

　　　List the contract number of any government contract

**DRYSDALE DESIGN**
**Attn: Officer, Director, Manager, Agent**
**2026 R STREET N.W.**
**WASHINGTON, DC 20009**

**2.143.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

　　　State the term remaining

　　　List the contract number of any government contract

**DUMMY CUSTOMER**
**Attn: Officer, Director, Manager, Agent**
**ADDRESS 1**
**NEW YORK, NY 10018**

**2.144.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

　　　State the term remaining

　　　List the contract number of any government contract

**E AND CO. HOME**
**Attn: Officer, Director, Manager, Agent**
**12 EAST 97TH STREET #1E**
**NEW YORK, NY 10029**

**2.145.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

　　　State the term remaining

　　　List the contract number of any government contract

**ECID INTERIOR DESIGN**
**Attn: Officer, Director, Manager, Agent**
**1435 CEDAR ROW**
**LAKEWOOD, NJ 08701**

**2.146.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

　　　State the term remaining

　　　List the contract number of any

**ECLECTIC CONCEPTS**
**Attn: Officer, Director, Manager, Agent**
**2463 ONANDAGA DRIVE**
**UPPER ARLINGTON, OH 43221**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

| Debtor 1 | **Donghia, Inc.** | | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | EDDIE LEE INCORPORATED |
| | List the contract number of any government contract | | Attn: Officer, Director, Manager, Agent<br>150 W 25TH ST, SUITE 1203<br>NEW YORK, NY 10001 |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | Elegant Designs |
| | List the contract number of any government contract | | Attn: Officer, Director, Manager, Agent<br>799 Crandon Blvd, PH1<br>KEY BISCAYNE, FL 33149 |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase (multiple) | |
|---|---|---|---|
| | State the term remaining | | ELEMENTS FINE FURN. FABRICS INC. |
| | List the contract number of any government contract | | Attn: Officer, Director, Manager, Agent<br>2322 CHINO ROCES AVENUE<br>MAKATI PHILIPPINES  01222 |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase (multiple) | |
|---|---|---|---|
| | State the term remaining | | ELI DWECK DESIGNS, LLC |
| | List the contract number of any government contract | | Attn: Officer, Director, Manager, Agent<br>361 AVENUE U, 2ND FLOOR<br>BROOKLYN, NY 11223 |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | Elizabeth S. Theriot, LLC |
| | List the contract number of any government contract | | Attn: Officer, Director, Manager, Agent<br>110 BANK STREET APT4E<br>NEW YORK CITY, NY 10014 |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | ELLIOTT AVIATION OF THE QUAD CITIES<br>Attn: Officer, Director, Manager, Agent<br>PO BOX 100<br>MOLINE, IL 61266 |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Donghia, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **20-30487**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**ELSTAD INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**1317 NORTH WOOD STREET**
**CHICAGO, IL 60622**

---

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**EMILY BUTLER INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**3541 80TH STREET #41**
**JACKSON HEIGHTS, NY 11372**

---

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**ENGINEERING OFFICE**
**Attn: Officer, Director, Manager, Agent**
**PO BOX 7271 PH.4/377 7459**
**DUBAI UNITED ARAB EMIRATE**

---

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**ERFE ASSOCIATES-ROCKWALL LAND CORP**
**Attn: Officer, Director, Manager, Agent**
**V.V.SOLIVEN AVENUE/CAINTA 1900RIZAL**
**MANILA PHILLIPINES**

---

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**ERIC CHARLES DESIGNS**
**Attn: Officer, Director, Manager, Agent**
**794 SOUTHFIELD ROAD**
**BIRMINGHAM, MI 48009**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

Debtor 1    **Donghia, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)    **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
| | State the term remaining | | **ETHNIC SILK/ASCENT DECOR PVT LTD.**<br>**Attn: Officer, Director, Manager, Agent**<br>**22/5B BERATENA AGRAHARA**<br>**BANGALORE, INDIA** |
| | List the contract number of any government contract | | |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **EVANSON**<br>**Attn: Officer, Director, Manager, Agent**<br>**979 THIRD AVE SUITE 1405**<br>**NEW YORK, NY 10022** |
| | List the contract number of any government contract | | |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **EVENSONBEST LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**641 AVENUE OF AMERICAS 6TH FLOOR**<br>**NEW YORK, NY 10011** |
| | List the contract number of any government contract | | |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **EVOLVE**<br>**Attn: Officer, Director, Manager, Agent**<br>**89 WEST CONCORD STREET**<br>**BOSTON, MA 02118** |
| | List the contract number of any government contract | | |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **EWING DEREUS**<br>**Attn: Officer, Director, Manager, Agent**<br>**30363 N. MILLER RD**<br>**SCOTTSDALE, AZ 85266** |
| | List the contract number of any government contract | | |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **FACILITY DESIGNS**<br>**Attn: Officer, Director, Manager, Agent**<br>**7511 N. PALM BLUFFS AVE.  SUITE 101**<br>**FRESNO, CA 93711** |
| | List the contract number of any | | |

| Debtor 1 | **Donghia, Inc.** | | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | |

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **FAVA DESIGN GROUP**<br>Attn: Officer, Director, Manager, Agent<br>7255 NE 4TH AVE SUITE 117<br>MIAMI, FL 33138 |
| | List the contract number of any government contract | | |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **FEIN ZALKIN INTERIORS**<br>Attn: Officer, Director, Manager, Agent<br>19500 TURNBERRY WAY SUITE #3E<br>AVENTURA, FL 33180 |
| | List the contract number of any government contract | | |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **FERNLEAF CONTRACT SALES**<br>Attn: Officer, Director, Manager, Agent<br>PO BOX 2126<br>ACTON, MA 01720 |
| | List the contract number of any government contract | | |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **FOGEL INTERIORS**<br>Attn: Officer, Director, Manager, Agent<br>3343 MOTOR AVE.<br>LOS ANGELES, CA 90034 |
| | List the contract number of any government contract | | |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **FOR DESIGNERS ONLY INC**<br>Attn: Officer, Director, Manager, Agent<br>4376 US HIGHWAY 1<br>VERO BEACH, FL 32967 |
| | List the contract number of any government contract | | |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | **FOUR SEASONS HOTEL LIMITED**<br>Attn: Officer, Director, Manager, Agent<br>1165 LESLIE STREET<br>TORONTO ON M3C 2K8 CANADA |
|---|---|---|---|

| Debtor 1 | **Donghia, Inc.** | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

_____

---

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**FOX-NAHEM ASSOCIATES**
**Attn: Officer, Director, Manager, Agent**
**4 W. 22ND STREET   5TH FLOOR**
**NEW YORK, NY 10010**

---

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**FRAMPTON CO**
**Attn: Officer, Director, Manager, Agent**
**9 EAST 19TH ST, 10TH FLOOR**
**NEW YORK, NY 10003**

---

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**FRANK NICHOLSON INC**
**Attn: Officer, Director, Manager, Agent**
**360 MASSACHUSETTS AVE**
**ACTON, MA 01720**

---

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**FULLER INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**612 WINSFORD ROAD**
**BRYN MAWR, PA 19010**

---

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**GABELLINI SHEPPARD ASSOCIATES**
**Attn: Officer, Director, Manager, Agent**
**665 BROADWAY  SUITE 706**
**NEW YORK, NY 10012**

---

Debtor 1   **Donghia, Inc.**

First Name         Middle Name         Last Name

Case number *(if known)*   **20-30487**

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.175.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

Gail Marshall Interiors, LLC
Attn: Officer, Director, Manager, Agent
67 Princewood Lane
PALM BEACH GARDENS, FL 33410

**2.176.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

**GARCIA STROMBERG**
Attn: Officer, Director, Manager, Agent
2365 VISTA PARKWAY SUITE 15.16.17
WEST PALM BEACH, FL 33411

**2.177.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

Garrett Carter Designs
Attn: Officer, Director, Manager, Agent
448 East 78th St
NY, NY 10075

**2.178.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

**GARROW KEDIGIAN**
Attn: Officer, Director, Manager, Agent
863 PARK AVE 9-E
NEW YORK, NY 10075

**2.179.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase (multiple)**

State the term remaining

List the contract number of any government contract

**GDC TECHNICS**
Attn: Officer, Director, Manager, Agent
2060 EAGLE PARKWAY
FORT WORTH, TX 76177

**2.180.** State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any

**GELLER DESIGN GROUP INC.**
Attn: Officer, Director, Manager, Agent
900 N. FEDERAL HIGHWAY, SUITE 304
HALLANDALE BEACH, FL 33009

Debtor 1   **Donghia, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **GEORGANNE VARTORELLA**<br>**Attn: Officer, Director, Manager, Agent**<br>**31944 LAKE ROAD**<br>**AVON LAKE, OH 44012** |
| | List the contract number of any government contract | | |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **GERALD BLAND**<br>**Attn: Officer, Director, Manager, Agent**<br>**232 EAST 59TH STREET, 6TH FLOOR**<br>**NEW YORK, NY 10022** |
| | List the contract number of any government contract | | |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **GIL WALSH INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**5505 SOUTH DIXIE HWY**<br>**WEST PALM BEACH, FL 33407** |
| | List the contract number of any government contract | | |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **GILLES CLEMENT DESIGNS GREENWICH**<br>**Attn: Officer, Director, Manager, Agent**<br>**120 EAST PUTNAM AVENUE**<br>**GREENWICH, CT 06830** |
| | List the contract number of any government contract | | |

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **GLOBE (INDIA) LIMITED**<br>**Attn: Officer, Director, Manager, Agent**<br>**5TH FLOOR, 5 FANCY LANE**<br>**KOLKATA, WEST BENGAL** |
| | List the contract number of any government contract | | |

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | **GLORIA BLACK DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**1110 PINE RIDGE RD STE 201**<br>**NAPLES, FL 34108** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Donghia, Inc.**
　　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*    **20-30487**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | **GRACE E. ROSENSTEIN**<br>**Attn: Officer, Director, Manager, Agent**<br>**500 Post Rd East**<br>**WESTPORT, CT 06880** |
| | List the contract number of any government contract | |

| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | **GRAY DESIGN GROUP INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**9 SUNNEN DRIVE**<br>**ST. LOUIS, MO 63143** |
| | List the contract number of any government contract | |

| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | **GREG MCKENZIE DESIGNS**<br>**Attn: Officer, Director, Manager, Agent**<br>**65 MONTAUK HIGHWAY**<br>**EAST HAMPTON, NY 11937** |
| | List the contract number of any government contract | |

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | **GREGORY TODD INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**8263 MENTOR AVENUE**<br>**MENTOR, OH 44060** |
| | List the contract number of any government contract | |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **GREIWE INTERIORS INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**2107 GRANDIN ROAD**<br>**CINCINNATI, OH 45208** |
| | List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Donghia, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **20-30487**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **GULFSTREAM AEROSPACE CORP.** Attn: Officer, Director, Manager, Agent PO BOX 3034 M/S B-10 SAVANNAH, GA 31402 |
| | List the contract number of any government contract | | |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **GUY CLARK INTERIORS, INC.** Attn: Officer, Director, Manager, Agent 207 MERRIEWOLD ROAD FORESTBURGH, NY 12777 |
| | List the contract number of any government contract | | |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **HA MODERN** Attn: Officer, Director, Manager, Agent 351 PEACHTREE HILLS AVE. STE: 413 ATLANTA, GA 30305 |
| | List the contract number of any government contract | | |

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **HALFFMAN DESIGN** Attn: Officer, Director, Manager, Agent 3238 NE 45TH ST. STE B SEATTLE, WA 98105 |
| | List the contract number of any government contract | | |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **HALLOCK DESIGN GROUP** Attn: Officer, Director, Manager, Agent 9325 PARK DRIVE MIAMI SHORES, FL 33138 |
| | List the contract number of any government contract | | |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **HAMPTONS HOUSE DESIGN** Attn: Officer, Director, Manager, Agent PO BOX 7115 AMAGANSETT, NY 11930 |
| | List the contract number of any | | |

Debtor 1    **Donghia, Inc.**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
| | State the term remaining | **HATCH PURCHASING** |
| | List the contract number of any government contract | **Attn: Officer, Director, Manager, Agent**<br>**2908 25 AVENUE WEST**<br>**SEATTLE, WA 98199** |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
| | State the term remaining | **HAUS DESIGN  INC.** |
| | List the contract number of any government contract | **Attn: Officer, Director, Manager, Agent**<br>**5315 Alton Rd**<br>**MIAMI BEACH, FL 33140** |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
| | State the term remaining | **HAUTE DESIGN** |
| | List the contract number of any government contract | **Attn: Officer, Director, Manager, Agent**<br>**1049 MORRISON DR. STE. 101**<br>**CHARLESTON, SC 29403** |

| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
| | State the term remaining | **HAVEN** |
| | List the contract number of any government contract | **Attn: Officer, Director, Manager, Agent**<br>**875 BRIDGER DRIVE SUITE A**<br>**BOZEMAN, MT 59715** |

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
| | State the term remaining | **HAWKINS - ISRAEL** |
| | List the contract number of any government contract | **Attn: Officer, Director, Manager, Agent**<br>**2102-A CAHABA ROAD**<br>**BIRMINGHAM, AL 35223** |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | **HAYSLIP DESIGN ASSOCIATES**<br>**Attn: Officer, Director, Manager, Agent**<br>**2604 FAIRMOUNT ST**<br>**DALLAS, TX 75201** |

| Debtor 1 | **Donghia, Inc.** | | | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **HBA**<br>**Attn: Officer, Director, Manager, Agent**<br>**3216 NEBRASKA AVE.**<br>**SANTA MONICA, CA 90404** |
| | List the contract number of any government contract | |

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **HELGA HORNER INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**PO BOX 882223**<br>**SAN FRANCISCO, CA 94188** |
| | List the contract number of any government contract | |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **HENDERSON DESIGN GROUP**<br>**Attn: Officer, Director, Manager, Agent**<br>**380 ALABAMA STREET NO. 23**<br>**SAN FRANCISCO, CA 94110** |
| | List the contract number of any government contract | |

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **HENNESSY DESIGNS LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**2331 DELLWOOD DR NW**<br>**ATLANTA, GA 30305** |
| | List the contract number of any government contract | |

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **HG DESIGNSWORKS,LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**2 COLUMBUS AVENUE STE 7C**<br>**NEW YORK, NY 10023** |
| | List the contract number of any government contract | |

Debtor 1    **Donghia, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **20-30487**
_____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.209.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order**

State the term remaining

List the contract number of any government contract
_____

**HOLLAND & SHERRY, INC.**
**Attn: Officer, Director, Manager, Agent**
**979 THIRD AVENUE**
**NEW YORK, NY 10022**

---

**2.210.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract
_____

**HOLLY HULBURD DESIGN**
**Attn: Officer, Director, Manager, Agent**
**375 ALABAMA STREET  SUITE 240**
**SAN FRANCISCO, CA 94110**

---

**2.211.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase (multiple)**

State the term remaining

List the contract number of any government contract
_____

**HOLLY HUNT**
**Attn: Officer, Director, Manager, Agent**
**1 DESIGN CENTER PLACE STE 401**
**BOSTON, MA 02210**

---

**2.212.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract
_____

**HOLZMAN MOSS BOTTINO ARCHITECTURE**
**Attn: Officer, Director, Manager, Agent**
**90 BROAD ST SUITE 1803**
**NEW YORK, NY 10004**

---

**2.213.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract
_____

**HOME INTERIORS, LLC**
**Attn: Officer, Director, Manager, Agent**
**PO BOX 658**
**CARBONDALE, CO 81623**

---

**2.214.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase (multiple)**

State the term remaining

List the contract number of any
_____

**HOUSE OF L**
**Attn: Officer, Director, Manager, Agent**
**30700 BAINBRIDGE ROAD, UNIT K**
**SOLON, OH 44139**

Debtor 1   **Donghia, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*   **20-30487**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | **HUE R U INC**<br>**Attn: Officer, Director, Manager, Agent**<br>**53 EAST 95TH STREET, APT 5B**<br>**NEW YORK, NY 10128** |
| | List the contract number of any government contract | |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **HUGHES DESIGN ASSOCIATES**<br>**Attn: Officer, Director, Manager, Agent**<br>**7146 BENEVA ROAD**<br>**SARASOTA, FL 34238** |
| | List the contract number of any government contract | |

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **HUSSEIN HASHIM AL-ATTAS & SONS LTD**<br>**Attn: Officer, Director, Manager, Agent**<br>**AL-MALEK ROAD**<br>**JEDDAH - SAUDI ARABIA   21411** |
| | List the contract number of any government contract | |

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order (multiple)** |
|---|---|---|
| | State the term remaining | **I.L.M.E. SRL**<br>**Attn: Officer, Director, Manager, Agent**<br>**VIA PIEMONTE 154**<br>**PERIGNANO (PI) ITALY** |
| | List the contract number of any government contract | |

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order (multiple)** |
|---|---|---|
| | State the term remaining | **ICON DESIGN, LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**9 LENT AVENUE**<br>**LE ROY, NY** |
| | List the contract number of any government contract | |

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | | **IN THE KNOW DESIGN GROUP**<br>**Attn: Officer, Director, Manager, Agent**<br>**150 TURTLE CREEK BLVD.**<br>**DALLAS, TX 75202** |

| Debtor 1 | **Donghia, Inc.** | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

---

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **INGRAO INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**17 EAST 64TH STREET**<br>**NEW YORK, NY 10065** |
| | List the contract number of any government contract | |

---

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **Instancool SRL**<br>**Attn: Officer, Director, Manager, Agent**<br>**Golden Bear Lodge Edif 9**<br>**CAP CANA  DOMINICAN REPUBLIC   09321** |
| | List the contract number of any government contract | |

---

| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order (multiple)** |
|---|---|---|
| | State the term remaining | **INTERIOR CRAFTS, INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**2513 WEST CULLERTON ST**<br>**CHICAGO, IL 60608** |
| | List the contract number of any government contract | |

---

| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | **INTERIOR DESIGN PRODUCTIONS, LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**1001 BRICKELL BAY DR ST 2700**<br>**MIAMI, FL 33131** |
| | List the contract number of any government contract | |

---

| 2.225. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | **INTERIORS BY MICHELE**<br>**Attn: Officer, Director, Manager, Agent**<br>**9465 WHITEGATE LANE**<br>**CINCINNATI, OH 45243** |
| | List the contract number of any government contract | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Donghia, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.226. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **INTERIORS BY SSB**<br>**Attn: Officer, Director, Manager, Agent**<br>**1060 E. 26TH ST**<br>**BROOKLYN, NY 11210** |
| | List the contract number of any government contract | | |

| 2.227. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **INTERIORS BY STEVEN G**<br>**Attn: Officer, Director, Manager, Agent**<br>**2818 CENTERPORT CIRCLE**<br>**POMPANO BEACH, FL 33064** |
| | List the contract number of any government contract | | |

| 2.228. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
| | State the term remaining | | **ISLAND PAINTING INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**5-21 47TH ROAD**<br>**LONG ISLAND CITY, NY 11101** |
| | List the contract number of any government contract | | |

| 2.229. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
| | State the term remaining | | **JAMES MICHAEL HOWARD INC**<br>**Attn: Officer, Director, Manager, Agent**<br>**4128 HERSCHEL ST**<br>**JACKSONVILLE, FL 32210** |
| | List the contract number of any government contract | | |

| 2.230. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **JAMES RADIN**<br>**Attn: Officer, Director, Manager, Agent**<br>**201 N. ROBERTSON BLVD. SUITE 205**<br>**BEVERLY HILLS, CA 90211** |
| | List the contract number of any government contract | | |

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **JAMIE JACKSON DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**19 MAKAWELI ST.**<br>**HONOLULU, HI 96825** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Donghia, Inc.**
_____
First Name        Middle Name        Last Name

Case number (*if known*)   **20-30487**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | _____ | _____ |

---

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **JAN TURNER HERING INTERIOR DSN,INC.** |
| | | | **Attn: Officer, Director, Manager, Agent** |
| | List the contract number of any government contract | | **2712 EAST COAST HWY.** |
| | | | **CORONA DEL MAR, CA 92625** |

---

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **JANET SIMON INC** |
| | | | **Attn: Officer, Director, Manager, Agent** |
| | List the contract number of any government contract | | **310 SOUTH STREET** |
| | | | **MORRISTOWN, NJ 07962** |

---

| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **JAYNE DESIGN STUDIO** |
| | | | **Attn: Officer, Director, Manager, Agent** |
| | List the contract number of any government contract | | **118 EAST 28TH ST #715** |
| | | | **NEW YORK, NY 10016** |

---

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
| | State the term remaining | | **JD Design LLC** |
| | | | **Attn: Officer, Director, Manager, Agent** |
| | List the contract number of any government contract | | **2741 Sutton Blvd.** |
| | | | **ST. LOUIS, MO 63143** |

---

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
| | State the term remaining | | **JEFF ANDREWS-DESIGN INC.** |
| | | | **Attn: Officer, Director, Manager, Agent** |
| | List the contract number of any government contract | | **7377 1/2 BEVERLY BLVD.** |
| | | | **LOS ANGELES, CA 90036** |

---

| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | **JEFFREY HITCHCOCK ENTERPRISES** |
| | | | **Attn: Officer, Director, Manager, Agent** |
| | | | **1332 S. SIERRA BONITA AVE.** |
| | | | **LOS ANGELES, CA 90019** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Donghia, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **20-30487**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

| 2.238. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**JEFFREY LAMB INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**720 NE 69TH STREET SUITE #5-W**
**MIAMI, FL 33138**

---

| 2.239. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**JENNIFER BEVAN INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**729 MISSION ST.   STE. 400**
**SOUTH PASADENA, CA 91030**

---

| 2.240. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**JENNIFER LAOUARI**
**Attn: Officer, Director, Manager, Agent**
**3572 LYTLE ROAD**
**SHAKER HEIGHTS, OH 44122**

---

| 2.241. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Jennifer Miller**
**Attn: Officer, Director, Manager, Agent**
**500 Bic Drive**
**MILFORD, CT 06461**

---

| 2.242. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**JENNY DINA KIRSCHNER**
**Attn: Officer, Director, Manager, Agent**
**535 Dean Street, PH106**
**BROOKLYN, NY 11217**

---

Debtor 1    **Donghia, Inc.**
First Name    Middle Name    Last Name

Case number (*if known*)    **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.243. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
| | State the term remaining | | JH INTERIORS |
| | List the contract number of any government contract | | Attn: Officer, Director, Manager, Agent PO BOX 308 MEDINA, WA 98039 |

| 2.244. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
| | State the term remaining | | JLW Interiors |
| | List the contract number of any government contract | | Attn: Officer, Director, Manager, Agent 200 VESEY STREET SUITE 24063 NEW YORK, NY 10281 |

| 2.245. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
| | State the term remaining | | JO ANN BLECKER |
| | List the contract number of any government contract | | Attn: Officer, Director, Manager, Agent 185 E 85TH STREET #25G NEW YORK, NY 10028 |

| 2.246. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase (multiple) | |
| | State the term remaining | | JODI MACKLIN INTERIOR DESIGN |
| | List the contract number of any government contract | | Attn: Officer, Director, Manager, Agent 4817 DORSET AVENUE CHEVY CHASE, MD 20815 |

| 2.247. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
| | State the term remaining | | JOHN BROOKS,INC - DENVER SHWRM |
| | List the contract number of any government contract | | Attn: Officer, Director, Manager, Agent 601 S BROADWAY,STE L DENVER, CO 80209 |

| 2.248. | State what the contract or lease is for and the nature of the debtor's interest | Sales Ownership Agreement | |
| | State the term remaining | | John Hutton International |
| | List the contract number of any | | Attn: Officer, Director, Manager, Agent 36 DE FOREST AVENUE WEST ISLIP, NY 11795 |

Debtor 1  **Donghia, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.249. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **JORGE ROMERO DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**3400 N. LAKE SHORE DR.**<br>**CHICAGO, IL 60657-2826** |
| | List the contract number of any government contract | |

| 2.250. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **JORGE ROSSO ARCHITECTURE/INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**2575 SOUTH BAYSHORE DRIVE STE 5B**<br>**COCONUT GROVE, FL 33133** |
| | List the contract number of any government contract | |

| 2.251. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Ownership Agreement 9/13/2006** |
|---|---|---|
| | State the term remaining | **Joseph Jeup**<br>**7837 MOORING CT**<br>**HUDSONVILLE, MI 49426** |
| | List the contract number of any government contract | |

| 2.252. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **JOSEPH KREMER INCORPORATED**<br>**Attn: Officer, Director, Manager, Agent**<br>**1641 THIRD AVENUE 36F**<br>**NEW YORK, NY 10128** |
| | List the contract number of any government contract | |

| 2.253. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **JOSEPH LUCCHESE**<br>**Attn: Officer, Director, Manager, Agent**<br>**P.O BOX 607 - 190 Old Glen Wild Rd**<br>**GLEN WILD, NY 12738** |
| | List the contract number of any government contract | |

| 2.254. | State what the contract or lease is for and the nature of the debtor's interest | **Design Agreement 4/1/1999** | **Joseph Paul D'Urso**<br>**105 W 29TH ST. #52I**<br>**NEW YORK, NY 10001** |
|---|---|---|---|

Debtor 1  **Donghia, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **20-30487**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

| 2.255. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Joseph Van Goethem Interior Design
Attn: Officer, Director, Manager, Agent
1800 Old Meadow Road, Suite 610
MCLEAN, VA 22102**

---

| 2.256. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**JOYALLE DESIGN
Attn: Officer, Director, Manager, Agent
4740 PORTOFINO WAY #104
WEST PALM BEACH, FL 33409**

---

| 2.257. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**JP COMPASS
Attn: Officer, Director, Manager, Agent
7948 Mayfield Road
CHESTERLAND, OH 44026**

---

| 2.258. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**K-2 DESIGN
Attn: Officer, Director, Manager, Agent
17070 COLLINS AVE #256
SUNNY ISLES, FL 33160**

---

| 2.259. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Karolin Design Inc.
Attn: Officer, Director, Manager, Agent
PO Box 11108
BEVERLY HILLS, CA 90213**

---

| Debtor 1 | **Donghia, Inc.** | | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.260. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **KATIE LYDON INTERIORS** Attn: Officer, Director, Manager, Agent 611 BROADWAY SUITE 422 NEW YORK, NY 10012 |
| | List the contract number of any government contract | _____ | |

| 2.261. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **Kaywell Interiors** Attn: Officer, Director, Manager, Agent 308 Sunset Rd, Unit B WEST PALM BEACH, FL 33401 |
| | List the contract number of any government contract | _____ | |

| 2.262. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **KBM-HOGUE** Attn: Officer, Director, Manager, Agent 225 W. SANTA CLARA ST, SUITE 1550 SAN JOSE, CA 95113 |
| | List the contract number of any government contract | _____ | |

| 2.263. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **KCA INTERNATIONAL** Attn: Officer, Director, Manager, Agent INVESTMENT BLDG, 3RD INTERCH SHEIKH ZAYED RD, AL QUOZ,PO72103 AE DUBAI |
| | List the contract number of any government contract | _____ | |

| 2.264. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **KEE DESIGN & BUILD L.L.C.** Attn: Officer, Director, Manager, Agent PO BOX 392303 UNIT 405 BLDG 4 EMAAR BUSINESS PARK  AE |
| | List the contract number of any government contract | _____ | |

| 2.265. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **KEN FULK INC.** Attn: Officer, Director, Manager, Agent 310 7TH STREET SAN FRANCISCO, CA 94103 |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Donghia, Inc.**
First Name    Middle Name    Last Name

Case number *(if known)*    **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.266. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | **KENDALL WILKINSON DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**3419 SACRAMENTO ST.**<br>**SAN FRANCISCO, CA 94118** |
| | List the contract number of any government contract | |

| 2.267. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **KHALIL WARDE S.A.L**<br>**Attn: Officer, Director, Manager, Agent**<br>**P.O.BOX 113-5332**<br>**1103 2030 BEIRUT LEBANON BEIRUT** |
| | List the contract number of any government contract | |

| 2.268. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **KIM ZIMMERMAN**<br>**Attn: Officer, Director, Manager, Agent**<br>**3180 MATHIESON DRIVE  LOFT 1108**<br>**ATLANTA, GA 30305** |
| | List the contract number of any government contract | |

| 2.269. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **KING CUSTOM DRAPERIES**<br>**Attn: Officer, Director, Manager, Agent**<br>**2215 DICKEY PLACE**<br>**HOUSTON, TX 77019** |
| | List the contract number of any government contract | |

| 2.270. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **KRISTIN DITTMAR INTERIOR DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**616 East Hyman Ave  STE 201**<br>**ASPEN, CO 81611** |
| | List the contract number of any government contract | |

| 2.271. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | **KRUG**<br>**Attn: Officer, Director, Manager, Agent**<br>**1444 OAK LAWN  STE. 206**<br>**DALLAS, TX 75207** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Donghia, Inc.**

First Name                Middle Name              Last Name

Case number *(if known)*    **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract

_____

---

2.272.  State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any
    government contract

_____

**KT TAMM INC.**
**Attn: Officer, Director, Manager, Agent**
**4160 N. CRAFTSMAN CT.  SUITE 101**
**SCOTTSDALE, AZ 85251**

---

2.273.  State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any
    government contract

_____

**KUKES-SIMONS INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**131 N.W. 13TH STREET STE 37**
**BOCA RATON, FL 33432**

---

2.274.  State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any
    government contract

_____

**KWA**
**Attn: Officer, Director, Manager, Agent**
**9721 LITZSINGER RD.**
**ST. LOUIS, MO 63124**

---

2.275.  State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any
    government contract

_____

**KYLEE SHINTAFFER DESIGN**
**Attn: Officer, Director, Manager, Agent**
**1938 BOYER AVE. EAST**
**SEATTLE, WA 98112**

---

2.276.  State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any
    government contract

_____

**L. KERSHNER DESIGN**
**Attn: Officer, Director, Manager, Agent**
**911 CENTER ST #D**
**SANTA CRUZ, CA 95060**

---

Debtor 1  **Donghia, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.277. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
| | State the term remaining | | **LA MILLS**<br>**Attn: Officer, Director, Manager, Agent**<br>**2331 EAST 8TH STREET**<br>**LOS ANGELES, CA 90021** |
| | List the contract number of any government contract | | |

| 2.278. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
| | State the term remaining | | **LAMPTOUCH INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**43-01 21ST ST., SUITE 211B**<br>**LONG ISLAND CITY, NY 11101** |
| | List the contract number of any government contract | | |

| 2.279. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **LARCO HOSPITALITY MANAGEMENT INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**100 KENT STREET**<br>**OTTAWA ON K1P 5R7 CANADA** |
| | List the contract number of any government contract | | |

| 2.280. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **Larson Nichols LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**780 Glenairy Drive**<br>**ATLANTA, GA 30328** |
| | List the contract number of any government contract | | |

| 2.281. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **LATOUR AEROSPACE**<br>**Attn: Officer, Director, Manager, Agent**<br>**480 FOREST AVE.**<br>**LOCUST VALLEY, NY 11560** |
| | List the contract number of any government contract | | |

| 2.282. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
| | State the term remaining | | **LAURA LEE CLARK INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**1515 SLOCUM ST**<br>**DALLAS, TX 75207** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Donghia, Inc.**
_____
First Name        Middle Name        Last Name

Case number (*if known*)   **20-30487**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|
| **2.283.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **LAURA U COLLECTION**<br>Attn: Officer, Director, Manager, Agent<br>**4306 YOAKUM BLVD. SUITE 150**<br>**HOUSTON, TX 77006** |
| | List the contract number of any government contract | | |
| **2.284.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **LAUREN OSTROW INTERIOR DESIGN, INC**<br>Attn: Officer, Director, Manager, Agent<br>**110 EAST END AVE, SUITE 9C**<br>**NEW YORK, NY 10028** |
| | List the contract number of any government contract | | |
| **2.285.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **LAURENCE ROBERTS**<br>Attn: Officer, Director, Manager, Agent<br>**9663 SANTA MONICA BLVD STE 358**<br>**BEVERLY HILLS, CA 90210** |
| | List the contract number of any government contract | | |
| **2.286.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **LAURIE DEMETRIO**<br>Attn: Officer, Director, Manager, Agent<br>**1211 N.WOOD STREET**<br>**CHICAGO, IL 60622** |
| | List the contract number of any government contract | | |
| **2.287.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
| | State the term remaining | | **LDS CHURCH**<br>Attn: Officer, Director, Manager, Agent<br>**PURCHASING DIV. MAIN FL. WEST WING**<br>**SALT LAKE CITY, UT 84150** |
| | List the contract number of any government contract | | |
| **2.288.** | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | **LEIGHTON DESIGN GROUP**<br>Attn: Officer, Director, Manager, Agent<br>**1020 S. FEDERAL HWY, STE 104**<br>**DELRAY BEACH, FL 33483** |

| Debtor 1 | **Donghia, Inc.** | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

**2.289.** State what the contract or lease is for and the nature of the debtor's interest    **Sales Ownership Agreement 4/1994**

State the term remaining

List the contract number of any
government contract

**Lembo Bohn Design Associates, Inc.**
**Attn: Officer, Director, Manager, Agent**
**321 WEST 13TH STREET, APT 6B**
**NEW YORK, NY 10014**

---

**2.290.** State what the contract or lease is for and the nature of the debtor's interest    **Sales Ownership Agreement 4/1994**

State the term remaining

List the contract number of any
government contract

**Lembo Bohn Design Associates, Inc.**
**Attn: Officer, Director, Manager, Agent**
**321 WEST 13TH STREET, APT 6B**
**NEW YORK, NY 10014**

---

**2.291.** State what the contract or lease is for and the nature of the debtor's interest    **Customer Purchase**

State the term remaining

List the contract number of any
government contract

**LEO DESIGNS**
**Attn: Officer, Director, Manager, Agent**
**4011 N RAVENSWOOD, STE 103**
**CHICAGO, IL 60613**

---

**2.292.** State what the contract or lease is for and the nature of the debtor's interest    **Customer Purchase (multiple)**

State the term remaining

List the contract number of any
government contract

**LESLIE CHRISTIAN DESIGNS**
**Attn: Officer, Director, Manager, Agent**
**10 DAPHNE LANE**
**CENTERPORT, NY 11721**

---

**2.293.** State what the contract or lease is for and the nature of the debtor's interest    **Customer Purchase (multiple)**

State the term remaining

List the contract number of any
government contract

**LEVEL HOSPITALITY GROUP**
**Attn: Officer, Director, Manager, Agent**
**1730 E HOLLY AVENUE**
**EL SEGUNDO, CA 90245**

---

Debtor 1  **Donghia, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **20-30487**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.294. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase (multiple) | |
|---|---|---|---|
| | State the term remaining | | **LEWIS M. WALLACK & ASSOCIATES**<br>**Attn: Officer, Director, Manager, Agent**<br>**5200 THREE VILLAGE DRIVE STE PHB**<br>**LYNDHURST, OH 44124** |
| | List the contract number of any government contract | _____ | |

| 2.295. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | **LEX ZEE DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**2350 BROADWAY #604**<br>**NEW YORK, NY 10024** |
| | List the contract number of any government contract | _____ | |

| 2.296. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | **Lina Beltan Design**<br>**Attn: Officer, Director, Manager, Agent**<br>**901 NE 72ND STREET**<br>**MIAMI, FL 33138** |
| | List the contract number of any government contract | _____ | |

| 2.297. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase (multiple) | |
|---|---|---|---|
| | State the term remaining | | **LINDA RUDERMAN INTERIORS  INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**74 GREENWICH AVENUE 2ND FLOOR**<br>**GREENWICH, CT 06830** |
| | List the contract number of any government contract | _____ | |

| 2.298. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase (multiple) | |
|---|---|---|---|
| | State the term remaining | | **LISA KUENNING**<br>**Attn: Officer, Director, Manager, Agent**<br>**28360 CENTER RIDGE RD. #212**<br>**WESTLAKE, OH 44145** |
| | List the contract number of any government contract | _____ | |

| 2.299. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | **LORENZ & ASSOCIATES**<br>**Attn: Officer, Director, Manager, Agent**<br>**1753 E FIR AVENUE, STE 103**<br>**FRESNO, CA 93720** |
| | List the contract number of any | | |

Debtor 1 **Donghia, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)    **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.300. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | **LOUIS VUITTON**<br>**Attn: Officer, Director, Manager, Agent**<br>**1 EAST 57TH STREET 12TH FLOOR**<br>**NEW YORK, NY 10022** |
| | List the contract number of any government contract | | |

| 2.301. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | **LP Design Team**<br>**Attn: Officer, Director, Manager, Agent**<br>**2009 SW 17th Street**<br>**BOYNTON BEACH, FL 33426** |
| | List the contract number of any government contract | | |

| 2.302. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | **LR2 INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**3812 N. 29th Avenue**<br>**HOLLYWOOD, FL 33020** |
| | List the contract number of any government contract | | |

| 2.303. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | **LRL DESIGNS**<br>**Attn: Officer, Director, Manager, Agent**<br>**228 PHIPPS PLAZA**<br>**PALM BEACH, FL 33480** |
| | List the contract number of any government contract | | |

| 2.304. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | **LUIS A. ACEVEDO INTERIOR DSGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**601 EDGEWOOD ROAD**<br>**LEONIA, NJ 07605** |
| | List the contract number of any government contract | | |

| 2.305. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order (multiple) | **LUXIONA**<br>**Attn: Officer, Director, Manager, Agent**<br>**PASEO DE LA RIBERA 115**<br>**CANOVELLES, BARCELONA SPAIN** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Donghia, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)    **20-30487**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.306. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **M.J.SCHOTTE INTERIOR DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**10 BEACON AVENUE**<br>**CAMDEN, ME 04843** |
| | List the contract number of any government contract | |

| 2.307. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **M.L. SLOVACK DESIGNS**<br>**Attn: Officer, Director, Manager, Agent**<br>**1325 ANTOINE**<br>**HOUSTON, TX 77055** |
| | List the contract number of any government contract | |

| 2.308. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | **MADISON MILLWORK**<br>**Attn: Officer, Director, Manager, Agent**<br>**5746 DAWSON STREET**<br>**HOLLYWOOD, FL 33023** |
| | List the contract number of any government contract | |

| 2.309. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **MADISON PARK INTERIORS LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**1030 37TH AVE E**<br>**SEATTLE, WA 98112** |
| | List the contract number of any government contract | |

| 2.310. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **MAMS DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**2508 PECKS PLACE**<br>**RALEIGH, NC 27608** |
| | List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Donghia, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*   **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.311. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **MARA INTERIOR DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**4422 E. Indian School Rd Suite 102**<br>**PHOENIX, AZ 85018** |
| | List the contract number of any government contract | | |

| 2.312. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **MARC-MICHAELS INTERIOR DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**720 WEST MORSE BLVD**<br>**WINTER PARK, FL 32789** |
| | List the contract number of any government contract | | |

| 2.313. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **MARCIA TUCKER INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**34 EAST PUTNAM AVENUE, SUITE 117**<br>**GREENWICH, CT 06830** |
| | List the contract number of any government contract | | |

| 2.314. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **Marie-Christine Design**<br>**Attn: Officer, Director, Manager, Agent**<br>**126 Main Street, P.O. Box 330**<br>**SAG HARBOR, NY 11963** |
| | List the contract number of any government contract | | |

| 2.315. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **MARIKA C MEYER INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**5272 RIVER RD. SUITE 630**<br>**BETHESDA, MD 20816** |
| | List the contract number of any government contract | | |

| 2.316. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **MARK P. FINLAY INTERIORS, LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**96 OLD POST ROAD, SUITE 300**<br>**SOUTHPORT, CT 06890** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1 **Donghia, Inc.**
First Name        Middle Name        Last Name

Case number (*if known*)   **20-30487**

---

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

| 2.317. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase (multiple) | |
|---|---|---|---|
| | State the term remaining | | **MARK WEAVER & ASSOCIATES**<br>**Attn: Officer, Director, Manager, Agent**<br>**519 N LA CIENEGA BLVD**<br>**WEST HOLLYWOOD, CA 90048** |
| | List the contract number of any government contract | | |

---

| 2.318. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | **MARKS & FRANTZ**<br>**Attn: Officer, Director, Manager, Agent**<br>**363 7TH AVENUE, 3RD FLOOR**<br>**NEW YORK, NY 10001** |
| | List the contract number of any government contract | | |

---

| 2.319. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase (multiple) | |
|---|---|---|---|
| | State the term remaining | | **MARKS & MARKS DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**737 SECOND STREET #309**<br>**OAKLAND, CA 94607** |
| | List the contract number of any government contract | | |

---

| 2.320. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | **MARLA SHER DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**8424 SANTA MONICA BLVD. STE.A723**<br>**WEST HOLLYWOOD, CA 90069** |
| | List the contract number of any government contract | | |

---

| 2.321. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase (multiple) | |
|---|---|---|---|
| | State the term remaining | | **MARRIOTT INTERNATIONAL**<br>**Attn: Officer, Director, Manager, Agent**<br>**10400 FERNWOOD ROAD**<br>**BETHESDA, MD 20817** |
| | List the contract number of any government contract | | |

---

| 2.322. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | **MARY ANNE SMILEY INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**6215 ROYAL CREST DRIVE**<br>**DALLAS, TX 75230** |
|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Donghia, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

| 2.323. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**MARY BURKHARDT DESIGN INC.**
**Attn: Officer, Director, Manager, Agent**
**4202 WEST 222ND ST.**
**CLEVELAND, OH 44126**

| 2.324. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**MAS INTERIOR DESIGN**
**Attn: Officer, Director, Manager, Agent**
**1100 BISCAYNE BLVD #3803**
**MIAMI, FL 33132**

| 2.325. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**MATRIX CONTRACTORS, LLC**
**Attn: Officer, Director, Manager, Agent**
**1680 FM 359 #224**
**RICHMOND, TX 77406**

| 2.326. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**MAVROMAC (PTY) LTD.**
**Attn: Officer, Director, Manager, Agent**
**7 APPEL ROAD**
**KRAMERVILLE,JOHANNESBURG 2144  ZA**

| 2.327. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**MAYA DESIGN STUDIO**
**Attn: Officer, Director, Manager, Agent**
**1344 FILBERT ST**
**SAN FRANCISCO, CA 94109**

Debtor 1   **Donghia, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-30487**

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.328. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **MCALPINE BOOTH & FERRIER NYC** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**1133 BROADWAY  STE 1416**<br>**NEW YORK, NY 10010** |

| 2.329. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **MCKILLEN DEVELOPMENTS** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**8445 SANTA MONICA BLVD.  STE 1**<br>**WEST HOLLYWOOD, CA 90069** |

| 2.330. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **MELANIE POUNDS INTERIORS** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**2822 PETTICOAT LN.**<br>**BIRMINGHAM, AL 35223** |

| 2.331. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **MELANIE TURNER INTERIORS** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**425 PEACHTREE HILLS AVE. STE:25**<br>**ATLANTA, GA 30305** |

| 2.332. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **Melissa Howser Interiors** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**3914 Skyliner Dr**<br>**NASHVILLE, TN 37215** |

| 2.333. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **MELISSA KLEBANOFF INTERIOR DESIGN** |
| | List the contract number of any | | **Attn: Officer, Director, Manager, Agent**<br>**2312 MAGNOLIA BLVD W**<br>**SEATTLE, WA 98199** |

Debtor 1  **Donghia, Inc.**
_____    Case number *(if known)*  **20-30487**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.334. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **MERIDITH BAER HOME**<br>**Attn: Officer, Director, Manager, Agent**<br>**4100 ARDMORE AVE.**<br>**SOUTH GATE, CA 90280** |
| | List the contract number of any government contract | | |

| 2.335. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **MERRIMAN DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**30 OLD SOM LANE**<br>**MORELAND HILLS, OH 44022** |
| | List the contract number of any government contract | | |

| 2.336. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **MERRITT ISLAND BOAT WORKS**<br>**Attn: Officer, Director, Manager, Agent**<br>**1210 NAUTICAL WAY**<br>**MERRITT ISLAND, FL 32952** |
| | List the contract number of any government contract | | |

| 2.337. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **MG WEST**<br>**Attn: Officer, Director, Manager, Agent**<br>**TWO SHAW ALLEY 3RD FLOOR**<br>**SAN FRANCISCO, CA 94105** |
| | List the contract number of any government contract | | |

| 2.338. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
| | State the term remaining | | **MGI, INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**1475 LOMBARDY RD**<br>**PASADENA, CA 91106** |
| | List the contract number of any government contract | | |

| 2.339. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | **MGM GRAND RESORTS DEVELOPMENT**<br>**Attn: Officer, Director, Manager, Agent**<br>**3950 LAS VEGAS BOULEVARD SOUTH**<br>**LAS VEGAS, NV 89119** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Donghia, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **20-30487**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract

_____

---

2.340.   State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase
(multiple)**

State the term remaining

List the contract number of any
    government contract

**MGM RESORTS INTERNATIONAL DESIGN**
**Attn: Officer, Director, Manager, Agent**
**3260 S. SAMMY DAVIS JR. DRIVE**
**LAS VEGAS, NV 89109**

---

2.341.   State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase
(multiple)**

State the term remaining

List the contract number of any
    government contract

**MICHAEL ABRAMS LIMITED**
**Attn: Officer, Director, Manager, Agent**
**1901 N. CLYBOURN AVE. SUITE 202**
**CHICAGO, IL 60614**

---

2.342.   State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any
    government contract

**Michael Gray Interiors LLC**
**Attn: Officer, Director, Manager, Agent**
**1249 STIRLING ROAD SUITE 10**
**DANIA BEACH, FL 33004**

---

2.343.   State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase
(multiple)**

State the term remaining

List the contract number of any
    government contract

**MICHAEL MELOY  INC.**
**Attn: Officer, Director, Manager, Agent**
**3308 WEST MORRISON AVENUE**
**TAMPA, FL 33629**

---

2.344.   State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase
(multiple)**

State the term remaining

List the contract number of any
    government contract

**MICHAEL R. LA ROCCA, LTD.**
**Attn: Officer, Director, Manager, Agent**
**200 LEXINGTON AVE SU 815**
**NEW YORK, NY 10016**

---

Debtor 1 **Donghia, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.345. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **MICHELLE DIRKSE INTERIOR DESIGN** Attn: Officer, Director, Manager, Agent **2405 1ST AVE** **SEATTLE, WA 98121** |
| | List the contract number of any government contract | | |

| 2.346. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **MILES REDD, LLC.** Attn: Officer, Director, Manager, Agent **236 WEST 26TH SUITE 802** **NEW YORK, NY 10001** |
| | List the contract number of any government contract | | |

| 2.347. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **MILESTONE PURCHASING LLC** Attn: Officer, Director, Manager, Agent **PO BOX #556** **ROCKPORT, ME 04856** |
| | List the contract number of any government contract | | |

| 2.348. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
| | State the term remaining | | **MILLIE BECKER INTERIORS LLC** Attn: Officer, Director, Manager, Agent **19706 WATERS POND LN  APT 503** **BOCA RATON, FL 33434** |
| | List the contract number of any government contract | | |

| 2.349. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
| | State the term remaining | | **MINION ASSOCIATES** Attn: Officer, Director, Manager, Agent **425 EAST 51ST STREET  SUITE 7G** **NEW YORK, NY 10022** |
| | List the contract number of any government contract | | |

| 2.350. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **MKL INC  / MOLLY K. LAUB** Attn: Officer, Director, Manager, Agent **242 S. WASHINGTON BLVD SUITE 123** **SARASOTA, FL 34236** |
| | List the contract number of any | | |

Debtor 1    **Donghia, Inc.**
_____        Case number (*if known*)    **20-30487**
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.351. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | **ML DESIGN STUDIO**<br>**Attn: Officer, Director, Manager, Agent**<br>**333 N OAKLEY BLVD #203**<br>**CHICAGO, IL 60612** |
| | List the contract number of any government contract | | |

| 2.352. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase (multiple) | |
|---|---|---|---|
| | State the term remaining | | **MLP INTERIOR DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**4705 GRAYTON ROAD**<br>**CLEVELAND, OH 44135** |
| | List the contract number of any government contract | | |

| 2.353. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase (multiple) | |
|---|---|---|---|
| | State the term remaining | | **MMID CORP**<br>**Attn: Officer, Director, Manager, Agent**<br>**17555 Collins Ave Unit 603**<br>**SUNNY ISLES, FL 33160** |
| | List the contract number of any government contract | | |

| 2.354. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | **MOORE DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**287 PARK AVENUE SOUTH, 2ND FLOOR**<br>**NEW YORK, NY 10010** |
| | List the contract number of any government contract | | |

| 2.355. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | **MORGAN HARRISON HOME**<br>**Attn: Officer, Director, Manager, Agent**<br>**70 MAIN ST**<br>**NEW CANAAN, CT 06840** |
| | List the contract number of any government contract | | |

| 2.356. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase (multiple) | **MOTION ARCHITECT**<br>**Attn: Officer, Director, Manager, Agent**<br>**6742 AT TAKHASSUSI BRANCHARREHMANIY**<br>**RIYADH SAUDIA ARABIA   00012-3411** |
|---|---|---|---|

Debtor 1  **Donghia, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)    **20-30487**

▌ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

---

| 2.357. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **MOTION KSA**<br>**Attn: Officer, Director, Manager, Agent**<br>**AR RAHMANIYAH**<br>**RIYADH 12341-3626 SA** |
| | List the contract number of any government contract | | |

---

| 2.358. | State what the contract or lease is for and the nature of the debtor's interest | **Milford Office/Warehouse Lease** | |
|---|---|---|---|
| | State the term remaining | | **Mountain Development Corp**<br>**Attn: Officer, Director, Manager, Agent**<br>**3 Garret Mountain Plaza**<br>**Woodland Park, New Jersey 07424-0000** |
| | List the contract number of any government contract | | |

---

| 2.359. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **MOYES CUSTOM FURNITURE, INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**1884 POMONA ROAD**<br>**CORONA, CA 92880** |
| | List the contract number of any government contract | | |

---

| 2.360. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **MR ARCHITECTURE + DECOR**<br>**Attn: Officer, Director, Manager, Agent**<br>**245 WEST 29TH STREET 10TH FLOOR**<br>**NEW YORK, NY 10001** |
| | List the contract number of any government contract | | |

---

| 2.361. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **MR. MAHER ZAWAYDEH**<br>**Attn: Officer, Director, Manager, Agent**<br>**LIWA ST, ISLAMIC BANK BLDG, APT 501**<br>**ABU DHABI AE** |
| | List the contract number of any government contract | | |

---

Debtor 1  **Donghia, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*  **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.362.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**MSA INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**1000 S. Ellwood ave.**
**BALTIMORE, MD 21224**

**2.363.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**MSDG  INC.**
**Attn: Officer, Director, Manager, Agent**
**10 DANNY LANE**
**CHAPPAQUA, NY 10514**

**2.364.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**MTS SEATING**
**Attn: Officer, Director, Manager, Agent**
**7100 INDUSTRIAL DRIVE**
**TEMPERANCE, MI 48182**

**2.365.** State what the contract or lease is for and the nature of the debtor's interest

**Purchase Order (multiple)**

State the term remaining

List the contract number of any government contract

**MUNDER & SONS, INC.**
**Attn: Officer, Director, Manager, Agent**
**1103 SOUTH LA BREA AVE**
**LOS ANGELES, CA 90019**

**2.366.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**MUSE DESIGN STUDIO LLC**
**Attn: Officer, Director, Manager, Agent**
**439 NW 48TH AVE**
**DEERFIELD BEACH, FL 33442**

**2.367.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any

**MUSSO DESIGN GROUP**
**Attn: Officer, Director, Manager, Agent**
**349 PEACHTREE HILLS AVE. STE: B-6**
**ATLANTA, GA 30305**

Debtor 1  **Donghia, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*  **20-30487**



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.368. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **Mutchnik Construction Group Inc.**<br>**Attn: Officer, Director, Manager, Agent**<br>**1680 Michigan Ave. #803**<br>**MIAMI BEACH, FL 33139** |
| | List the contract number of any government contract | |

| 2.369. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **MVLD LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**1693 POLK ST. SUTIE 206**<br>**SAN FRANCISCO, CA 94109** |
| | List the contract number of any government contract | |

| 2.370. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **NATALIE KRAIEM INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**909 AVENUE I**<br>**BROOKLYN, NY 11230** |
| | List the contract number of any government contract | |

| 2.371. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **NAVARRA DESIGN INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**1045 17TH STREET #204**<br>**SAN FRANCISCO, CA 94107** |
| | List the contract number of any government contract | |

| 2.372. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **NB DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**1932 1ST AVE STE 826**<br>**SEATTLE, WA 98101** |
| | List the contract number of any government contract | |

| 2.373. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | **NEIL BOKAL**<br>**Attn: Officer, Director, Manager, Agent**<br>**9140 GIBSON STREET**<br>**LOS ANGELES, CA 90034** |
|---|---|---|---|

| Debtor 1 | **Donghia, Inc.** | | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract
_____

---

**2.374.** State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase
(multiple)**

State the term remaining

List the contract number of any
government contract
_____

**NEIL LOCKE & ASSOCIATES**
**Attn: Officer, Director, Manager, Agent**
**550 E DEVON AVE SUITE 130**
**ITASCA, IL 60143**

---

**2.375.** State what the contract or
lease is for and the nature of
the debtor's interest

**Purchase Order**

State the term remaining

List the contract number of any
government contract
_____

**NEWCASTLE FABRICS CO.**
**Attn: Officer, Director, Manager, Agent**
**2638 IVEYSPRINGS CT**
**APEX, NC**

---

**2.376.** State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any
government contract
_____

**NICHE INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**555 DE HARO ST. #320**
**SAN FRANCISCO, CA 94107**

---

**2.377.** State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase
(multiple)**

State the term remaining

List the contract number of any
government contract
_____

**NICOLE HOLLIS INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**1000 Brannan Street Suite 503**
**SAN FRANCISCO, CA 94103**

---

**2.378.** State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase
(multiple)**

State the term remaining

List the contract number of any
government contract
_____

**Nicole Sarraille**
**Attn: Officer, Director, Manager, Agent**
**6 Pinecrest Terrace**
**SAN MATEO, CA 94402**

---

Debtor 1   **Donghia, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-30487**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.379. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **NIICHEL DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**11986 E.LAKE CIRCLE**<br>**GREENWOOD VILLAGE, CO 80111** |

| 2.380. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **NOELIA SURACE DESIGN INC**<br>**Attn: Officer, Director, Manager, Agent**<br>**15374 SANDY BEACH TERRACE**<br>**DELRAY BEACH, FL 33446** |

| 2.381. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **OASIS WEST REALTY LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**1800 Century Park East, Suite 500**<br>**LOS ANGELES, CA 90067** |

| 2.382. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ODILE de S. EUROPEAN INTS**<br>**Attn: Officer, Director, Manager, Agent**<br>**240 CENTRAL PARK SOUTH  SUITE 15L**<br>**NEW YORK, NY 10019** |

| 2.383. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **OHARA DAVIES-GAETANO**<br>**Attn: Officer, Director, Manager, Agent**<br>**3321 EAST COAST HIGHWAY**<br>**CORONA DEL MAR, CA 92625** |

| 2.384. | State what the contract or lease is for and the nature of the debtor's interest | **Cleveland Showroom Lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any | **Ohio Design Centre LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**32000 Solon Road**<br>**Cleveland, Ohio 44139-0000** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Donghia, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.385. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **OMNI HOTELS MANAGEMENT CORP**<br>**Attn: Officer, Director, Manager, Agent**<br>**428 CTC BOULEVARD**<br>**LOUISVILLE, CO 80027** |
| | List the contract number of any government contract | |

| 2.386. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | **ORNSTEIN / RABINER INC**<br>**Attn: Officer, Director, Manager, Agent**<br>**4 SPUR LANE**<br>**OLD WESTBURY, NY 11568** |
| | List the contract number of any government contract | |

| 2.387. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order (multiple)** |
|---|---|---|
| | State the term remaining | **P.K. TEXTILES LTD**<br>**Attn: Officer, Director, Manager, Agent**<br>**NO. 209, 3RD PHASE, INDUSTRIAL AREA**<br>**ANEKAL TALUK/BANGALORE   INDIA** |
| | List the contract number of any government contract | |

| 2.388. | State what the contract or lease is for and the nature of the debtor's interest | **Los Angeles Showroom Lease** |
|---|---|---|
| | State the term remaining | **Pacific Design Center 1, LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**750 Lexington Ave  28th Floor**<br>**New York, New York 10022-0000** |
| | List the contract number of any government contract | |

| 2.389. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **PACIFIC NORTHERN**<br>**Attn: Officer, Director, Manager, Agent**<br>**3116 BELMEADE DRIVE**<br>**CARROLLTON, TX 75006** |
| | List the contract number of any government contract | |

| 2.390. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | **PAGE SOUTHERLAND PAGE**<br>**Attn: Officer, Director, Manager, Agent**<br>**1800 MAIN ST STE 100**<br>**DALLAS, TX 75201** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Donghia, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*   **20-30487**

▌ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

---

2.391.   State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

**PAUL CHIU CO., INC.**
**Attn: Officer, Director, Manager, Agent**
**325 WEST 38TH STREET, SUITE 807**
**NEW YORK, NY 10018**

---

2.392.   State what the contract or lease is for and the nature of the debtor's interest — **Design Agreement 4/1/1999**

State the term remaining

List the contract number of any government contract

**Paul Mathieu**
**7 EAST 14TH STREET, # 805**
**NEW YORK, NY 10003**

---

2.393.   State what the contract or lease is for and the nature of the debtor's interest — **Sales Ownership Agreement**

State the term remaining

List the contract number of any government contract

**Paul Mathieu and Michael Ray**
**7 EAST 14TH STREET, # 805**
**NEW YORK, NY 10003**

---

2.394.   State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

**PCI CUSTOM HOMES**
**Attn: Officer, Director, Manager, Agent**
**2524 JASMINE WAY**
**NORTH PORT, FL 34287**

---

2.395.   State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase (multiple)**

State the term remaining

List the contract number of any government contract

**PD&H**
**Attn: Officer, Director, Manager, Agent**
**PO BOX 810455**
**BOCA RATON, FL 33481**

---

Debtor 1  **Donghia, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **20-30487**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.396. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **PEMBROOKE & IVES**<br>**Attn: Officer, Director, Manager, Agent**<br>**330 WEST 38TH STREET  SUITE 1001**<br>**NEW YORK, NY 10018** |
| | List the contract number of any government contract | | |

| 2.397. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **PERANNI INTERIORS, LTD.**<br>**Attn: Officer, Director, Manager, Agent**<br>**2109 AVENUE K**<br>**BROOKLYN, NY 11210** |
| | List the contract number of any government contract | | |

| 2.398. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **PERURI DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**174 PEPPER DRIVE**<br>**LOS ALTOS, CA 94022** |
| | List the contract number of any government contract | | |

| 2.399. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **PETER JULIAN**<br>**Attn: Officer, Director, Manager, Agent**<br>**2900 WEST FOSTER 1ST FLOOR**<br>**CHICAGO, IL 60625** |
| | List the contract number of any government contract | | |

| 2.400. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **PETER MARINO INTERNATIONAL LTD**<br>**Attn: Officer, Director, Manager, Agent**<br>**150 EAST 58TH STREET  36TH FLOOR**<br>**NEW YORK, NY 10155** |
| | List the contract number of any government contract | | |

| 2.401. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **PEYTON HOME LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**11409 CRONHILL DRIVE SUITE G**<br>**OWINGS MILLS, MD 21117** |
| | List the contract number of any | | |

Debtor 1   **Donghia, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **20-30487**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | government contract |

| 2.402. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **PHID LLC/ADVANCE TABCO**<br>**Attn: Officer, Director, Manager, Agent**<br>**6 EVANS DRIVE**<br>**BROOKVILLE, NY 11545** |
| | List the contract number of any government contract | |

| 2.403. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Ownership Agreement 5/30/2008** |
|---|---|---|
| | State the term remaining | **Pierpaolo Seguso**<br>**182 SAGAMORE DRIVE**<br>**NEW PROVIDENCE, NJ 07974** |
| | List the contract number of any government contract | |

| 2.404. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **Pierre Yves Rochon**<br>**Attn: Officer, Director, Manager, Agent**<br>**410 North Michigan Ave. STE 1600**<br>**CHICAGO, IL 60611** |
| | List the contract number of any government contract | |

| 2.405. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | **PIMLICO**<br>**Attn: Officer, Director, Manager, Agent**<br>**215 ELM STREET**<br>**NEW CANAAN, CT 06840** |
| | List the contract number of any government contract | |

| 2.406. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **PIRELA CREATIVE SOLUTIONS CO.**<br>**Attn: Officer, Director, Manager, Agent**<br>**2451 NE 49TH ST., APT. 107**<br>**FT. LAUDERDALE, FL 33308** |
| | List the contract number of any government contract | |

| 2.407. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | **PLACHTER-VOGEL INTERIOR DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**1111 EAST LAS OLAS  SUITE 303**<br>**FT LAUDERDALE, FL 33301** |
|---|---|---|---|

Debtor 1  **Donghia, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **20-30487**

<span style="background:purple">    </span>  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract
_____

---

2.408.  State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase (multiple)**

State the term remaining

List the contract number of any
government contract
_____

**PLANETA DESIGN GROUP**
Attn: Officer, Director, Manager, Agent
535 ALBANY STREET STE.101C
BOSTON, MA 02118

---

2.409.  State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any
government contract
_____

**PLUS 971 ARCHITECTURAL CONSULTANCY**
Attn: Officer, Director, Manager, Agent
PO BOX 97179 BUSINESS ATRIUM
DUBAI  AE

---

2.410.  State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase (multiple)**

State the term remaining

List the contract number of any
government contract
_____

**PREMIER CONSTRUCTION & DESIGN**
Attn: Officer, Director, Manager, Agent
34975 WEST TWELVE MILE RD.
FARMINGTON HILLS, MI 48331

---

2.411.  State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase (multiple)**

State the term remaining

List the contract number of any
government contract
_____

**PREMIER PROJECT MANAGEMENT LLC**
Attn: Officer, Director, Manager, Agent
14185 DALLAS PARKWAY, SUITE 1150
DALLAS, TX 75254

---

2.412.  State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase (multiple)**

State the term remaining

List the contract number of any
government contract
_____

**PROJECT DYNAMICS**
Attn: Officer, Director, Manager, Agent
5275 S ARVILLE SUITE 100
LAS VEGAS, NV 89118

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Donghia, Inc.** | | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.413.** State what the contract or lease is for and the nature of the debtor's interest — Customer Purchase (multiple)

State the term remaining

List the contract number of any government contract

**PROJECTS LRM**
**Attn: Officer, Director, Manager, Agent**
**342 E 50TH ST 1A**
**NEW YORK, NY 10022**

**2.414.** State what the contract or lease is for and the nature of the debtor's interest — Customer Purchase

State the term remaining

List the contract number of any government contract

**PURCHASING MANAGEMENT INTERNATIONAL**
**Attn: Officer, Director, Manager, Agent**
**4055 VALLEY VIEW LANE SUITE 100**
**DALLAS, TX 75244**

**2.415.** State what the contract or lease is for and the nature of the debtor's interest — Customer Purchase (multiple)

State the term remaining

List the contract number of any government contract

**PURCHASING MANAGEMENT INTL**
**Attn: Officer, Director, Manager, Agent**
**5080 SPECTRUM DRIVE SUITE 300E**
**DALLAS, TX 75001**

**2.416.** State what the contract or lease is for and the nature of the debtor's interest — Customer Purchase (multiple)

State the term remaining

List the contract number of any government contract

**PURCHASING SOLUTIONS INTERNATIONAL**
**Attn: Officer, Director, Manager, Agent**
**1824 8TH AVENUE**
**FT WORTH, TX 76110**

**2.417.** State what the contract or lease is for and the nature of the debtor's interest — Customer Purchase (multiple)

State the term remaining

List the contract number of any government contract

**Pushups & Kale**
**Attn: Officer, Director, Manager, Agent**
**1361 N Western Ave**
**LAKE FOREST, IL 60045**

**2.418.** State what the contract or lease is for and the nature of the debtor's interest — Customer Purchase

State the term remaining

List the contract number of any

**QUEEN ANNE UPHOLSTERY**
**Attn: Officer, Director, Manager, Agent**
**904 ELLIOTT AVE W.**
**SEATTLE, WA 98119**

Debtor 1  **Donghia, Inc.**

First Name                Middle Name                Last Name

Case number (*if known*)   **20-30487**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.419. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | QUILTCRAFT<br>Attn: Officer, Director, Manager, Agent<br>1230 EAST LEDBETTER DRIVE<br>DALLAS, TX 75216 |

| 2.420. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | QUINN HANNUM<br>Attn: Officer, Director, Manager, Agent<br>22-06 38TH STREET, APT 4D<br>ASTORIA, NY 11105 |

| 2.421. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | RALPH HARVARD, INC.<br>Attn: Officer, Director, Manager, Agent<br>9 East 68th Street, 6B<br>NEW YORK, NY 10065 |

| 2.422. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | RAMSEY PURCHASING<br>Attn: Officer, Director, Manager, Agent<br>1841 BERKELEY WAY<br>BERKELEY, CA 94703 |

| 2.423. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase (multiple) |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract | RANDI FISHER<br>Attn: Officer, Director, Manager, Agent<br>70 BAY HEIGHTS DRIVE<br>COCONUT GROVE, FL 33133 |

| 2.424. | State what the contract or lease is for and the nature of the debtor's interest | COVET | REDAELLI VELLUTI SPA<br>Attn: Officer, Director, Manager, Agent<br>VIA MADONNA 30<br>GUANZATE CO ITALY |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **Donghia, Inc.**
    First Name       Middle Name       Last Name

Case number *(if known)*    **20-30487**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

---

2.425. State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

**RENAISSANCE**
**Attn: Officer, Director, Manager, Agent**
**714 FAIRVIEW RD.**
**GREER, SC 29651**

---

2.426. State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

**RENEE GADDIS INTERIORS, LLC**
**Attn: Officer, Director, Manager, Agent**
**15940 OLD 41 NORTH STE 530**
**NAPLES, FL 34110**

---

2.427. State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

**RESHEFSKY INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**3133 CONNECTICUT AVE NW STE 825**
**WASHINGTON, DC 20008**

---

2.428. State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

**REUNION**
**Attn: Officer, Director, Manager, Agent**
**32 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10013**

---

2.429. State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase (multiple)**

State the term remaining

List the contract number of any government contract

**RISE FURNITURE**
**Attn: Officer, Director, Manager, Agent**
**NO 126 SAN-MEIN RD FENG SHAN**
**KAOHSIUNG 83058 TAIWAN**

---

| Debtor 1 | **Donghia, Inc.** | | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.430.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**ROBIN RAINS INTERIOR DESIGN**
**Attn: Officer, Director, Manager, Agent**
**4260 KENILWOOD DRIVE**
**NASHVILLE, TN 37204**

---

**2.431.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**ROBINSON FABRICS S.A. DE C.V.**
**Attn: Officer, Director, Manager, Agent**
**EDGAR ALLAN POE # 54   COL. POLANCO**
**MEXICO DF  11560 MX**

---

**2.432.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**ROBYN KARP DESIGNS**
**Attn: Officer, Director, Manager, Agent**
**157 EAST 57TH STREET, APT. 4C**
**NEW YORK, NY 10022**

---

**2.433.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**ROMICKS INTO THE WEST**
**Attn: Officer, Director, Manager, Agent**
**PO BOX 880767**
**STEAMBOAT SPRINGS, CO 80488**

---

**2.434.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**RON NICOLA INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**1820 GLENVIEW DRIVE**
**LAS VEGAS, NV 89134**

---

**2.435.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**
**(multiple)**

State the term remaining

List the contract number of any

**RON SHAFFER INTERIOR LLC**
**Attn: Officer, Director, Manager, Agent**
**1800 UPLAND RD SUITE H**
**WEST PALM BEACH, FL 33409**

Debtor 1   **Donghia, Inc.**
First Name         Middle Name         Last Name

Case number *(if known)*   **20-30487**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.436. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
| | State the term remaining | | **ROOT'D LLC** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**PO BOX 37**<br>**PARK CITY, UT 84060** |

| 2.437. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
| | State the term remaining | | **ROSE TARLOW-MELROSE HOUSE** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**8540 MELROSE AVE**<br>**WEST HOLLYWOODD, CA 90069** |

| 2.438. | State what the contract or lease is for and the nature of the debtor's interest | **San Francisco Showroom Lease** | |
| | State the term remaining | | **RREEF America REIT II Corp** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**2 Henry Adams Street Suite 450**<br>**San Francisco, California 94103-0000** |

| 2.439. | State what the contract or lease is for and the nature of the debtor's interest | **Agency Agreement 12/17/2009 as amended** | |
| | State the term remaining | | **Rubelli S.P.A.** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**Via Della Pila, 47 Marghera**<br>**1-30175 Venice ITALY** |

| 2.440. | State what the contract or lease is for and the nature of the debtor's interest | **License and Distribution Agreement 12/17/2009 as amended** | |
| | State the term remaining | | **Rubelli S.P.A.** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**Via Della Pila, 47 Marghera**<br>**1-30175 Venice ITALY** |

| 2.441. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order (multiple)** | **RUBELLI SPA**<br>**Attn: Officer, Director, Manager, Agent**<br>**VIA BOTTENIGO 171**<br>**30175 MARGHERA VENEZIA ITALY** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Debtor 1 | **Donghia, Inc.** | | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
| --- | --- | --- |
|  | List the contract number of any government contract | |

| 2.442. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase |
|---|---|---|
|  | State the term remaining | **S.R. GAMBREL  INC.** |
|  | List the contract number of any government contract | **Attn: Officer, Director, Manager, Agent**<br>**15 WATTS STREET, 4TH FLOOR**<br>**NEW YORK, NY 10013** |

| 2.443. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase |
|---|---|---|
|  | State the term remaining | **SALLY WARD INTERIORS** |
|  | List the contract number of any government contract | **Attn: Officer, Director, Manager, Agent**<br>**1832 LAGUNA ST**<br>**SAN FRANCISCO, CA 94115** |

| 2.444. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase |
|---|---|---|
|  | State the term remaining | **Sanchez + Coleman Studio** |
|  | List the contract number of any government contract | **Attn: Officer, Director, Manager, Agent**<br>**7521 Biscayne Blvd.**<br>**MIAMI, FL 33138** |

| 2.445. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase |
|---|---|---|
|  | State the term remaining | **SANDRA OSTER INTERIORS** |
|  | List the contract number of any government contract | **Attn: Officer, Director, Manager, Agent**<br>**24 SAWMILL LANE**<br>**GREENWICH, CT 06830** |

| 2.446. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase |
|---|---|---|
|  | State the term remaining | **SANTOPIETRO INTERIORS LLC** |
|  | List the contract number of any government contract | **Attn: Officer, Director, Manager, Agent**<br>**5 Erica Dr**<br>**LINCOLN, RI 02865** |

Debtor 1  **Donghia, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **20-30487**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.447.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase (multiple)**

State the term remaining

List the contract number of any government contract

**SARAH LEDERMAN INTERIORS**
**Attn: Officer, Director, Manager, Agent**
**118 W 79TH ST**
**NEW YORK, NY 10024**

**2.448.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**SCS DESIGN LLC**
**Attn: Officer, Director, Manager, Agent**
**8 WOODLAND TERRACE**
**PROVIDENCE, RI 02906**

**2.449.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**SEADAR CONSTRUCTION**
**Attn: Officer, Director, Manager, Agent**
**580 HARRISON AVE., SUITE 4W**
**BOSTON, MA 02118**

**2.450.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**SEAN MICHAEL DESIGN**
**Attn: Officer, Director, Manager, Agent**
**5858 N BROADWAY #304**
**CHICAGO, IL 60660**

**2.451.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any government contract

**SEES DESIGN**
**Attn: Officer, Director, Manager, Agent**
**1818 N WESTERN AVE**
**OKLAHOMA CITY, OK 73106**

**2.452.** State what the contract or lease is for and the nature of the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any

**SFA DESIGN**
**Attn: Officer, Director, Manager, Agent**
**750 SAN VICENTE BLVD SUITE 850-B21**
**LOS ANGELES, CA 90069**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **Donghia, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **20-30487**

---

■ **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

government contract

---

| 2.453. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase (multiple) | |
|---|---|---|---|
| | State the term remaining | | SG INTERIOR DESIGN |
| | List the contract number of any government contract | | Attn: Officer, Director, Manager, Agent 5906 GREEN TREEN RD HOUSTON, TX 77057 |

---

| 2.454. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | SHADE INC. |
| | List the contract number of any government contract | | Attn: Officer, Director, Manager, Agent 111 RHODE ISLAND ST #9 SAN FRANCISCO, CA 94103 |

---

| 2.455. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | SHAMEL INTERNATIONAL L.L.C |
| | List the contract number of any government contract | | Attn: Officer, Director, Manager, Agent P.O BOX # 2573 P.C # 111, MUSCAT  OM |

---

| 2.456. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | SHARON VAILLANT-ARCHITECT |
| | List the contract number of any government contract | | Attn: Officer, Director, Manager, Agent 9685 NW 24TH LANE APT #13-104 GAINESVILLE, FL 32608 |

---

| 2.457. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | SHELLEY STARR DESIGN |
| | List the contract number of any government contract | | Attn: Officer, Director, Manager, Agent 170 S BEVERLY DR SUITE 315 BEVERLY HILLS, CA 90212 |

---

| 2.458. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | SHIPSHAPE HOME Attn: Officer, Director, Manager, Agent 6212 84TH AVE SE MERCER ISLAND, WA 98040 |
|---|---|---|---|

---

Debtor 1  **Donghia, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **20-30487**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

**2.459.** State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase
(multiple)**

State the term remaining

List the contract number of any
government contract

**SIMA MALAK & ALSSAMOURE DESIGN**
**Attn: Officer, Director, Manager, Agent**
**PO BOX 15707**
**RIYADH SAUDIA ARABIA   11454**

---

**2.460.** State what the contract or
lease is for and the nature of
the debtor's interest

**Purchase Order
(multiple)**

State the term remaining

List the contract number of any
government contract

**SIMONE GIOVANNI CENEDESE MURANO SAS**
**Attn: Officer, Director, Manager, Agent**
**CALLE BERTOLINI 6**
**MURANO ITALY**

---

**2.461.** State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any
government contract

**SIMONE ID**
**Attn: Officer, Director, Manager, Agent**
**125 Court Street, # 2ND**
**BROOKLYN, NY 11201**

---

**2.462.** State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any
government contract

**SIOL**
**Attn: Officer, Director, Manager, Agent**
**2311 FILLMORE STREET**
**SAN FRANCISCO, CA 94115**

---

**2.463.** State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase
(multiple)**

State the term remaining

List the contract number of any
government contract

**Smith Designs**
**Attn: Officer, Director, Manager, Agent**
**121 Sandoval #33**
**SANTA FE, NM 87501**

---

Debtor 1  **Donghia, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.464.  State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase (multiple)**

State the term remaining

List the contract number of any government contract

**SOHO HOUSE DESIGN & DEVELOPMENT**
Attn: Officer, Director, Manager, Agent
**515 WEST 20TH STREET, 5TH FLOOR**
**NEW YORK, NY 10011**

2.465.  State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase (multiple)**

State the term remaining

List the contract number of any government contract

**SOUTH PACIFIC FABRICS**
Attn: Officer, Director, Manager, Agent
**195 PADDINGTON STREET**
**PADDINGTON NSW2021 AU**

2.466.  State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

**Southwest Door and Hardware**
Attn: Officer, Director, Manager, Agent
**4731 W. Popst Road Suite 120**
**LAS VEGAS, NV 89118**

2.467.  State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase (multiple)**

State the term remaining

List the contract number of any government contract

**SPACE DESIGN GROUP**
Attn: Officer, Director, Manager, Agent
**243 W BUTE ST**
**NORFOLK, VA 23510**

2.468.  State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any government contract

**SPECTRA SEATING**
Attn: Officer, Director, Manager, Agent
**30 CUTLER STREET #111**
**WARREN, RI 02885**

2.469.  State what the contract or lease is for and the nature of the debtor's interest — **Customer Purchase**

State the term remaining

List the contract number of any

**SPLASH INTERIORS**
Attn: Officer, Director, Manager, Agent
**711 N 66TH STREET**
**SEATTLE, WA 98103**

Debtor 1   **Donghia, Inc.**
         First Name        Middle Name        Last Name

Case number *(if known)*   **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.470. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order (multiple)** |  |
|---|---|---|---|
|  | State the term remaining |  | **SSHG S.R.L.** |
|  | List the contract number of any government contract |  | **Attn: Officer, Director, Manager, Agent FONDAMENTA VENIER, 29 MURANO ITALY** |

| 2.471. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |  |
|---|---|---|---|
|  | State the term remaining |  | **STEPHEN YOUNG DESIGN LLC** |
|  | List the contract number of any government contract |  | **Attn: Officer, Director, Manager, Agent 1444 N. ORLEANS ST. UNIT 5D CHICAGO, IL 60610** |

| 2.472. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |  |
|---|---|---|---|
|  | State the term remaining |  | **STEVE KOCH DESIGN LLC.** |
|  | List the contract number of any government contract |  | **Attn: Officer, Director, Manager, Agent 288 HAWTHORNE GLEN ELLYN, IL 60137** |

| 2.473. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |  |
|---|---|---|---|
|  | State the term remaining |  | **STEWART MOHR DESIGNS** |
|  | List the contract number of any government contract |  | **Attn: Officer, Director, Manager, Agent 349 PEACHTREE HILLS AVE NE STE B-3 ATLANTA, GA 30305** |

| 2.474. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |  |
|---|---|---|---|
|  | State the term remaining |  | **Studio 7 Design Group** |
|  | List the contract number of any government contract |  | **Attn: Officer, Director, Manager, Agent 480 JOHN WESLEY DOBBS AVE NE STE160 ATLANTA, GA 30312** |

| 2.475. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | **STUDIO DESIGN Attn: Officer, Director, Manager, Agent 5646 MILTON STREET NO 340 DALLAS, TX 75206** |
|---|---|---|---|

Debtor 1    **Donghia, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)    **20-30487**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

| | | |
|---|---|---|
| 2.476. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
| | State the term remaining | **STUDIO V**<br>**Attn: Officer, Director, Manager, Agent**<br>**7550 EAST MCDONALD, STE B**<br>**SCOTTSDALE, AZ 85250** |
| | List the contract number of any government contract | |
| 2.477. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
| | State the term remaining | **STUDIO VARA**<br>**Attn: Officer, Director, Manager, Agent**<br>**3130 20TH STREET STE. 190**<br>**SAN FRANCISCO, CA 94110** |
| | List the contract number of any government contract | |
| 2.478. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
| | State the term remaining | **SUMMA INTERNATIONAL**<br>**Attn: Officer, Director, Manager, Agent**<br>**527 W 7TH ST SUITE 809**<br>**LOS ANGELES, CA 90014** |
| | List the contract number of any government contract | |
| 2.479. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order (multiple)** |
| | State the term remaining | **SUNBURY - WELLS FARGO BANK**<br>**Attn: Officer, Director, Manager, Agent**<br>**P.O. BOX 602301**<br>**CHARLOTTE, NC** |
| | List the contract number of any government contract | |
| 2.480. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
| | State the term remaining | **SUNSHINE INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**1400 EASTON DR. #145**<br>**BAKERSFIELD, CA 93309** |
| | List the contract number of any government contract | |

Debtor 1  **Donghia, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **20-30487**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.481. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | **SUSAN LACHANCE INTERIOR DESIGN** Attn: Officer, Director, Manager, Agent **1001 CLINT MOORE ROAD SUITE 100 BOCA RATON, FL 33487** |
| | List the contract number of any government contract | |

| 2.482. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | **SUSAN ORMSBY** Attn: Officer, Director, Manager, Agent **1211 BRAEBURN AVENUE FLOSSMOOR, IL 60422** |
| | List the contract number of any government contract | |

| 2.483. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **SUSAN STRAUSS DESIGN** Attn: Officer, Director, Manager, Agent **6 GRANT AVENUE LAKEWOOD, NJ 08701** |
| | List the contract number of any government contract | |

| 2.484. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **T DESIGN** Attn: Officer, Director, Manager, Agent **21408 WEST DIXIE HIGHWAY NORTH MIAMI BEACH, FL 33180** |
| | List the contract number of any government contract | |

| 2.485. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | **TABULA ARCHITECTURE STUDIO** Attn: Officer, Director, Manager, Agent **119 8TH STREET SUITE 211 BROOKLYN, NY 11215** |
| | List the contract number of any government contract | |

| 2.486. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | **TAMMY CONNOR INTERIOR DESIGN** Attn: Officer, Director, Manager, Agent **2336 20TH AVE SOUTH BIRMINGHAM, AL 35223** |
| | List the contract number of any | |

Debtor 1    **Donghia, Inc.**                                    Case number *(if known)*    **20-30487**
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  government contract |  |  |
|---|---|---|---|

| 2.487. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
| | State the term remaining | | **TANNER MORGAN DESIGN** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**13509 BRUSHY RD**<br>**PIKEVILLE, KY 41501** |

| 2.488. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **TARA DUDLEY INTERIORS** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**2385 Rainswept Avenue**<br>**HENDERSON, NV 89052** |

| 2.489. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **TAVISTOCK GROUP** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**9350 CONROY WINDEMERE ROAD**<br>**WINDERMERE, FL 34786** |

| 2.490. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **TD FABRICS PTE LTD** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**#B1-01 CENTRAL MALL OFFICE TOWER**<br>**SINGAPORE  059567  SG** |

| 2.491. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
| | State the term remaining | | **TECH24 CONSTRUCTION** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**5256 EISENHOWER AVENUE**<br>**ALEXANDRIA, VA 22304** |

| 2.492. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Ownership Agreement 4/3/1998** | **Temmie Levine**<br>**444 WEST 23RD STREET, # 1A**<br>**NEW YORK, NY 10011** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Donghia, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **20-30487**

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

2.493.   State what the contract or
lease is for and the nature of
the debtor's interest

**Sales Ownership
Agreement 12/1996**

State the term remaining

List the contract number of any
government contract

**Temmie Levine
444 WEST 23RD STREET, # 1A
NEW YORK, NY 10011**

---

2.494.   State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any
government contract

**TENERE MANAGEMENT GROUP
Attn: Officer, Director, Manager, Agent
1801 S AUSTRALIAN AVENUE
WEST PALM BECH, FL 33409**

---

2.495.   State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any
government contract

**Textron Aviation
Attn: Officer, Director, Manager, Agent
3 Cessna Blvd
WICHITA, KS 67215**

---

2.496.   State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any
government contract

**THE BA-HAUS GROUP
Attn: Officer, Director, Manager, Agent
5000 BISCAYNE BLVD STE 110
MIAMI, FL 33137**

---

2.497.   State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any
government contract

**THE BREAKERS PALM BEACH
Attn: Officer, Director, Manager, Agent
PO BOX 910
PALM BEACH, FL 33480**

---

| Debtor 1 | **Donghia, Inc.** | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.498. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **THE CARDY GROUP**<br>**Attn: Officer, Director, Manager, Agent**<br>**1220 YONGE STREET, SUITE 300**<br>**TORONTO ON M4T 1W1 CANADA** |
| | List the contract number of any government contract | | |

| 2.499. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **THE CARROLL ADAMS GROUP**<br>**Attn: Officer, Director, Manager, Agent**<br>**940 NORTH FERN CREEK**<br>**ORLANDO, FL 32803** |
| | List the contract number of any government contract | | |

| 2.500. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **THE CHURCH OF JESUS CHRIST**<br>**Attn: Officer, Director, Manager, Agent**<br>**50 EAST NO. TEMPLE  MAIN FL.**<br>**SALT LAKE CITY, UT 84150** |
| | List the contract number of any government contract | | |

| 2.501. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **The Design Within**<br>**Attn: Officer, Director, Manager, Agent**<br>**2 Bratenahl Place, Suite 7D**<br>**BRATENAHL, OH 44108** |
| | List the contract number of any government contract | | |

| 2.502. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **THE NESS GROUP**<br>**Attn: Officer, Director, Manager, Agent**<br>**1275 Inglewood Ave**<br>**ST HELENA, CA 94122** |
| | List the contract number of any government contract | | |

| 2.503. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **THE PARKER COMPANY**<br>**Attn: Officer, Director, Manager, Agent**<br>**6205 BLUE LAGOON DR STE 300**<br>**MIAMI, FL 33126** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **Donghia, Inc.**
　　　　　First Name　　　　Middle Name　　　　Last Name

Case number *(if known)* **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |

| 2.504. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase (multiple) | |
|---|---|---|---|
| | State the term remaining | | **THE PENINSULA CHICAGO** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**108 EAST SUPERIOR STREET**<br>**CHICAGO, IL 60611** |

| 2.505. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase (multiple) | |
|---|---|---|---|
| | State the term remaining | | **THE STRATFORD DESIGN GROUP** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**1385 YORK AVENUE SUITE 2B**<br>**NEW YORK, NY 10021** |

| 2.506. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase (multiple) | |
|---|---|---|---|
| | State the term remaining | | **THEO DECOR CANADA CORPORATION INC** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**4333 SAINTE CATHERINE O, SUITE 300**<br>**MONTREAL  QUEBEC H3Z 1P9 CANADA** |

| 2.507. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase (multiple) | |
|---|---|---|---|
| | State the term remaining | | **THERESE GUADAGNO ASSOCIATES** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**372 CENTRAL PARK WEST APT 5J**<br>**NEW YORK, NY 10025** |

| 2.508. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | |
|---|---|---|---|
| | State the term remaining | | **THW DESIGN** |
| | List the contract number of any government contract | | **Attn: Officer, Director, Manager, Agent**<br>**2100 RIVEREDGE PARKWAY  SUITE 900**<br>**ATLANTA, GA 30328** |

| 2.509. | State what the contract or lease is for and the nature of the debtor's interest | Customer Purchase | **TIMOTHY CORRIGAN, INC.**<br>**Attn: Officer, Director, Manager, Agent**<br>**5818 W. 3RD ST.**<br>**LOS ANGELES, CA 90036** |
|---|---|---|---|

| Debtor 1 | **Donghia, Inc.** | | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | |
|---|---|---|
| | List the contract number of any government contract | |

| 2.510. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **TIMOTHY MACDONALD INC.** |
| | List the contract number of any government contract | **Attn: Officer, Director, Manager, Agent**<br>**515 MADISON AVENUE 36TH FLOOR**<br>**NEW YORK, NY 10022** |

| 2.511. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | **TOBY DREBIN DESIGN** |
| | List the contract number of any government contract | **Attn: Officer, Director, Manager, Agent**<br>**5178 ROUTE 9 SOUTH**<br>**HOWELL, NJ 07731** |

| 2.512. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **TOBY ZACK DESIGN INC.** |
| | List the contract number of any government contract | **Attn: Officer, Director, Manager, Agent**<br>**5940 SW 19th Street**<br>**PLANTATION, FL 33317** |

| 2.513. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** |
|---|---|---|
| | State the term remaining | **TODD RICHESIN INTERIORS** |
| | List the contract number of any government contract | **Attn: Officer, Director, Manager, Agent**<br>**4514 OLD KINGSTON PIKE**<br>**KNOXVILLE, TN 37919** |

| 2.514. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** |
|---|---|---|
| | State the term remaining | **Traditions Interiors** |
| | List the contract number of any government contract | **Attn: Officer, Director, Manager, Agent**<br>**4317 Park Rd**<br>**CHARLOTTE, NC 28209** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Donghia, Inc.** | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.515. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **TRUMP ORGANIZATION** Attn: Officer, Director, Manager, Agent **725 FIFTH AVENUE, 25th Floor NEW YORK, NY 10022** |
| | List the contract number of any government contract | | |

| 2.516. | State what the contract or lease is for and the nature of the debtor's interest | **Design Agreement 4/30/2000** | |
|---|---|---|---|
| | State the term remaining | | **Tsao & McKowan Architects** Attn: Officer, Director, Manager, Agent **20 VANDAM STREET, 10TH FLOOR NEW YORK, NY 10013** |
| | List the contract number of any government contract | | |

| 2.517. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **UNIVERSAL TEXTILE MILLS** Attn: Officer, Director, Manager, Agent **NO. 44 GUDAHATTI MAIN ROAD BANGALORE, RURAL INDIA** |
| | List the contract number of any government contract | | |

| 2.518. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **VALARIE BRITZ INTERIORS** Attn: Officer, Director, Manager, Agent **3115 FREDERICA RD. ST SIMONS ISLAND, GA 31522** |
| | List the contract number of any government contract | | |

| 2.519. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **VALDESE WEAVERS, INC.** Attn: Officer, Director, Manager, Agent **P.O. BOX 733362 DALLAS, TX** |
| | List the contract number of any government contract | | |

| 2.520. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **VALLONE DESIGN** Attn: Officer, Director, Manager, Agent **7007 E. THIRD AVE SCOTTSDALE, AZ 85251** |
| | List the contract number of any | | |

Debtor 1   **Donghia, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.521. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **VANI SAYEED STUDIOS**<br>**Attn: Officer, Director, Manager, Agent**<br>**175 BELLEVUE STREET**<br>**NEWTON, MA 02458** |
| | List the contract number of any government contract | | |

| 2.522. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **VASWANI INC**<br>**Attn: Officer, Director, Manager, Agent**<br>**75 CARTER DRIVE**<br>**EDISON, NJ 08817** |
| | List the contract number of any government contract | | |

| 2.523. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **VB HOME LLC**<br>**Attn: Officer, Director, Manager, Agent**<br>**615 BEACHLAND BLVD**<br>**VERO BEACH, FL 32963** |
| | List the contract number of any government contract | | |

| 2.524. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **VERN YIP DESIGNS**<br>**Attn: Officer, Director, Manager, Agent**<br>**80 PALISADES RD NE.**<br>**ATLANTA, GA 30309** |
| | List the contract number of any government contract | | |

| 2.525. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **VESCOM TEXTILES - LEO SCHELLENS**<br>**Attn: Officer, Director, Manager, Agent**<br>**P.O. BOX 349**<br>**AH DEURNE NETHERLANDS** |
| | List the contract number of any government contract | | |

| 2.526. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | **VICTORIA HAGAN INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**1790 BROADWAY, 19TH FLOOR**<br>**NEW YORK, NY 10019** |
|---|---|---|---|

Debtor 1  **Donghia, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*  **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

_____

---

2.527.  State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any
government contract

**VICTORIA MENDAL INTERIOR DESIGN LLC**
**Attn: Officer, Director, Manager, Agent**
**422 E. 72ND STREET SUITE #24A**
**NEW YORK, NY 10021**

---

2.528.  State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any
government contract

**WALLTRACTS LLC / T:0097 14340224**
**Attn: Officer, Director, Manager, Agent**
**3RD&4TH INTRCHNG,BEHIND TIMES MALL**
**OPP SPINNEYS WHSE,AL-QUOZ  DUBAI AE**

---

2.529.  State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any
government contract

**WALNUT WALLPAPER**
**Attn: Officer, Director, Manager, Agent**
**7418 BEVERLY BOULEVARD**
**LOS ANGELES, CA 90036**

---

2.530.  State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase**
**(multiple)**

State the term remaining

List the contract number of any
government contract

**WARDEH SALEHIYA FOR TRADING**
**Attn: Officer, Director, Manager, Agent**
**HITTIN QUARTER, EXIT 2**
**PO BOX 9847, RIYADH 1423  SA**

---

2.531.  State what the contract or
lease is for and the nature of
the debtor's interest

**Customer Purchase**

State the term remaining

List the contract number of any
government contract

**WENDY L MORRISON**
**Attn: Officer, Director, Manager, Agent**
**1201 E 7TH AVE**
**DENVER, CO 80218**

---

**Schedule G: Executory Contracts and Unexpired Leases**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Donghia, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*    **20-30487**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.532. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **WESTERN AIRCRAFT**<br>**Attn: Officer, Director, Manager, Agent**<br>**4300 SOUTH KENNEDY ST**<br>**BOISE, ID 83705** |
| | List the contract number of any government contract | | |

| 2.533. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **WHEATON HUSHCHA DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**126 NORTH THIRD ST. #508**<br>**MINNEAPOLIS, MN 55401** |
| | List the contract number of any government contract | | |

| 2.534. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **WHITE LINEN**<br>**Attn: Officer, Director, Manager, Agent**<br>**PO BOX 71345**<br>**DUBAI AE** |
| | List the contract number of any government contract | | |

| 2.535. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **WILLIAM ANDERSON INTERIORS**<br>**Attn: Officer, Director, Manager, Agent**<br>**2525 11TH AVE.**<br>**OAKLAND, CA 94606** |
| | List the contract number of any government contract | | |

| 2.536. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **WILLIAM MCINTOSH DESIGN**<br>**Attn: Officer, Director, Manager, Agent**<br>**54 WEST 21ST STREET, SUITE 609**<br>**NEW YORK, NY 10010** |
| | List the contract number of any government contract | | |

| 2.537. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **WINTERTHUR MUSEUM**<br>**Attn: Officer, Director, Manager, Agent**<br>**5105 KENNETT PIKE**<br>**WINTERTHUR, DE 19735** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **Donghia, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **20-30487**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

---

| 2.538. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **WOLVERINE GLASS PRODUCTS, INC.**<br>Attn: Officer, Director, Manager, Agent |
| | List the contract number of any government contract | | **3400 WENTWORTH DR. SW**<br>**WYOMING, MI 49519** |

---

| 2.539. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase (multiple)** | |
|---|---|---|---|
| | State the term remaining | | **WYNN DESIGN & DEVELOPMENT**<br>Attn: Officer, Director, Manager, Agent |
| | List the contract number of any government contract | | **734 PILOT ROAD**<br>**LAS VEGAS, NV 89119** |

---

| 2.540. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **YANEZ DIAZ & ASSOC INC**<br>Attn: Officer, Director, Manager, Agent |
| | List the contract number of any government contract | | **KINGS COURT #82**<br>**SAN JUAN, PR 00911** |

---

| 2.541. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | |
|---|---|---|---|
| | State the term remaining | | **ZARIFI DESIGN**<br>Attn: Officer, Director, Manager, Agent |
| | List the contract number of any government contract | | **1815 Purdy Ave**<br>**MIAMI BEACH, FL 33139** |

---

| 2.542. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order** | |
|---|---|---|---|
| | State the term remaining | | **ZENITH EXPORTS LIMITED**<br>Attn: Officer, Director, Manager, Agent |
| | List the contract number of any government contract | | **1, TAVAREKERE MAIN ROAD**<br>**BANGALORE INDIA** |

---

| 2.543. | State what the contract or lease is for and the nature of the debtor's interest | **Customer Purchase** | **ZUBAIR FURNITURE FACTORY LLC**<br>Attn: Officer, Director, Manager, Agent<br>**AL UMRAN ST, GHALA INDUSTRIAL AREA**<br>**PO BOX 2107, PC 111  OMAN** |
|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Donghia, Inc.** | | | Case number *(if known)* | **20-30487** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract          _____

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Donghia, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF CONNECTICUT__

Case number (if known) __20-30487__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City    State    Zip Code | | | |
| 2.2 | _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City    State    Zip Code | | | |
| 2.3 | _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City    State    Zip Code | | | |
| 2.4 | _____ | _____ Street | | _____ | ☐ D ☐ E/F ☐ G |
| | | _____ City    State    Zip Code | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Donghia, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | **20-30487** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **April 1, 2020** | X **/s/ William P. Peterson** |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **William P. Peterson** |
| | | Printed name |
| | | **Exec. Vice President & CFO** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy