# United States Bankruptcy Court
## District of Connecticut

In re:

Donghia, Inc.

Debtor*

Case Number: 20-30487

Chapter: 7

## ORDER APPROVING APPLICATION TO EMPLOY

Pursuant to 11 U.S.C. §§ 327 and/or 328, Trustee Kara S. Rescia (the "Applicant"), filed an Application to Employ Murtha Cullina LLP as Special Counsel on April 8, 2020, (ECF No. 17). After notice and a hearing, it is hereby

**ORDERED:** The Application to Employ Murtha Cullina LLP as Special Counsel is APPROVED; and it is further

**ORDERED:** Any professional employed in this case who has received or will receive a retainer for services rendered is not authorized to use any retainer funds unless and until an Application for Compensation is filed and approved by this Court; and it is further

**ORDERED:** The allowance and payment of compensation of reasonable fees and reimbursement for actual, necessary expenses are subject to further order of the Court in accordance with 11 U.S.C. §§ 328, 330 and/or 331.

Dated:   April 30, 2020

BY THE COURT

Ann M. Nevins
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT  06510

* For the purposes of this order, "Debtor" means "Debtors" where applicable.